**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   SALVATORE J. CATALANO, 2ND
         SUSAN E. CATALANO

                 Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant
         vs.

         SALVATORE J. CATALANO, 2ND           CASE NO: 5-14-04282-JJT
         SUSAN E. CATALANO

                 Respondent(s)

                    **TRUSTEE'S MOTION TO DISMISS CASE**

         AND NOW, on February 23, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee,
by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

   1.      An Amended Plan was filed on November 14, 2016.

   2.      A Confirmation hearing was held and an Order was entered on December 13, 2016
           directing that an amended plan be filed within thirty (30) days.

   3.      As of the date of this Motion, an amended plan has not been filed.

   4.      The delay in filing a confirmable plan in this case is prejudicial to creditors.


         WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the
case upon the basis that Debtors have failed to propose a confirmable Plan.

                                   Respectfully submitted,

                                   s/  Agatha R. McHale, Esq.
                                   Attorney for Trustee
                                   Charles J. DeHart, III
                                   Standing Chapter 13 Trustee
                                   Ste. A, 8125 Adams Drive
                                   Hummelstown, PA  17036
                                   717-566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   SALVATORE J. CATALANO, 2ND
         SUSAN E. CATALANO

                          CHAPTER 13

          Debtor(s)


CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

                          CASE NO: 5-14-04282-JJT


## NOTICE


NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court Max Rosenn U.S. Courthouse Courtroom #2 197 S. Main Street Wilkes Barre, PA | Date:   April 4, 2017 Time:   09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before:
*March 9, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.


                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated:  February 23, 2017

IN RE:  SALVATORE J. CATALANO,                    CHAPTER 13
2ND
SUSAN E. CATALANO

                                                  CASE NO: 5-14-04282-JJT

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

AND NOW, on February 23, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

BRADLEY W WEIDENBAUM, ESQUIRE
PO BOX 721
BRODHEADSVILLE, PA  18356-


SALVATORE J. CATALANO, 2ND
SUSAN E. CATALANO
162 ANALOMINK ST.
EAST STROUDSBURG, PA  18301


                                        Respectfully Submitted,
                                        s/   Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097


Dated:  February 23, 2017

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   SALVATORE J. CATALANO, 2ND
         SUSAN E. CATALANO

                Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant

         vs.

         SALVATORE J. CATALANO, 2ND          CASE NO: 5-14-04282-JJT
         SUSAN E. CATALANO

                Respondent(s)


                        **ORDER DISMISSING CASE**


         Upon consideration of the Trustee's Motion to Dismiss, it is hereby

         ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.