UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SALVATORE CATALANO 2ND<br>SUSAN E CATALANO | CASE NO: 5:14-04282-jjt<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge: John J. Thomas<br>Hearing Location: 197 S. Main St. Wilkes Barre PA Max Rosenn Courthouse<br>Hearing Date: 5/31/2017<br>Hearing Time: 9:30 AM<br>Response Date: 4/28/17 |

On 3/30/2017, I did cause a copy of the following documents, described below,

Notice of Objection Date and Confirmation Hearing Date,

7th Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/30/2017

/s/ Bradley Warren Weidenbaum Esq.
Bradley Warren Weidenbaum Esq. 85241
Bradley Warren Weidenbaum Attorney at Law
1479 Rt. 209 PO BOX 721
Brodheadsville, PA 18322
570 992 3900
bweedylaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SALVATORE CATALANO 2ND
SUSAN E CATALANO

CASE NO: 5:14-04282-jjt

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge: John J. Thomas
Hearing Location: 197 S. Main St. Wilkes Barre PA Max Rosenn Courthouse
Hearing Date: 5/31/2017
Hearing Time: 9:30 AM

On 3/30/2017, a copy of the following documents, described below,

Notice of Objection Date and Confirmation Hearing Date,

7th Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/30/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bradley Warren Weidenbaum Attorney at Law
Bradley Warren Weidenbaum Esq.
1479 Rt. 209 PO BOX 721
Brodheadsville, PA 18322

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03145
   CASE 5-14-BK-04282-JJT
   MIDDLE DISTRICT OF PENNSYLVANIA
   WILKES-BARRE
   THU MAR 30 11-28-04 EDT 2017

2  CITIMORTGAGE INC
   PO BOX 688971
   DES MOINES IA 50368-8971

3  ANES SPEC BETHLEHEM PC
   PO BOX 64500
   SOUDERTON PA 18964

4  BANK OF AMERICA NA
   ATTN BANKRUPTCY DEPT
   MAIL STOP CA6-09-01-23
   400 NATIONAL WAY
   SIMI VALLEY CA 93065-6414

5  BANK OF AMERICA NA
   7105 CORPORATE DRIVE
   MAIL CODE PTX-B-209
   PLANO TX 75024-4100

6  BK OF AMER
   450 AMERICAN ST
   SIMI VALLEY CA 93065-6285

7  BOROUGH OF EAST STROUDSBURG
   ANNUAL RESIDENTAILRENTAL
   PO BOX 303
   EAST STROUDSBURG PA 18301-0303

8  BOROUGH OF EAST STROUDSBURG
   ANNUAL RESIDENTAL RENTAL
   PO BOX 303
   EAST STROUDSBURG PA 18301-0303

9  BOROUGH OF EAST STROUDSBURG
   PO BOX 303
   EAST STROUDSBURG PA 18301-0303

10  BOROUGH OF EAST STROUDSBURG   WATER
    PO BOX 303
    EAST STROUDSBURG PA 18301-0303

11  BOROUGH OF PORTLAND   GARBAGE
    PO BOX 477 DIVISION STREET
    PORTLAND PA 18351-0477

12  BOROUGH OF PORTLAND   SEWER
    PO BOX 476 DIVISION STREET
    PORTLAND PA 18351-0476

13  BOROUGH OF PORTLAND WATER
    PO BOX 476 DIVISION ST
    PORTLAND PA 18351-0476

14  BOROUGH OF EAST STROUDSBURG
    17 N 6TH STREET
    STROUDSBURG PA 18360-2177

15  BOUROUGH OF PORTLAND WATER
    PO BOX 476 DIVISION STREET
    PORTLAND PA 18351-0476

16  BRADLEY WARREN WEIDENBAUM
    13 SCOTT ST
    BRODHEADSVILLE PA 18322-0000

17  BRODHEAD CREEK REGIONAL AUTHORITY
    410 MILL CREEK ROAD
    EAST STROUDSBURG PA 18301-1126

18  MATTHEW GREGORY BRUSHWOOD
    PHELAN HALLINAN  SCHMIEG LLP
    1617 JFK BOULEVARD SUITE 1400
    PHILADELPHIA PA 19103-1814

19  CLMG CORP
    7195 DALLAS PARKWAY
    PLANO TX 75024-4922

20  CXA 16 CORPORATION
    CO CLMG CORP
    7195 DALLAS PARKWAY
    PLANO TX 75024-4922

21  CXA 16 CORPORATION
    CO CLMG CORP
    ATTN- STUART MILES
    7195 DALLAS PARKWAY
    PLANO TX 75024-4922

*DEBTOR*

22  SUSAN E CATALANO
    162 ANALOMINK ST
    EAST STROUDSBURG PA 18301-2624

23  CATALANO SALVATORE J 2ND
    162 ANALOMINK STREET
    EAST STROUDSBURG PA 18301-2624

24  CATALANO SUSAN E
    162 ANALOMINK STREET
    EAST STROUDSBURG PA 18301-2624

25  SALVATORE J CATALANO 2ND
    162 ANALOMINK ST
    EAST STROUDSBURG PA 18301-2624

26  CHASE
    PO BOX 15153
    WILMINGTON DE 19886-5153

27  CHASE
    PO BOX 15298
    WILMINGTON DE 19850-5298

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  CHASE                              29  J ZAC CHRISTMAN                    30  COUNTY OF NORTHAMPTON TAX CLAIM
    PO BOX 24696                           NEWMAN WILLIAMS                        BUR
    COLUMBUS OH 43224-0696                 712 MONROE STREET                      669 WASHINGTON STREET
                                           PO BOX 511                             EASTON PA 18042-7401
                                           STROUDSBURG PA 18360-0511

31  ROSS G CURRIE                      32  JENIECE DAVIS                      33  CHARLES J DEHART III TRUSTEE
    DINSMORE AND SHOHL LLP                 MARTHA E VONROSENSTIEL PC              8125 ADAMS DRIVE SUITE A
    1200 LIBERTY RIDGE DRIVE SUITE 310     649 SOUTH AVENUE SUITE 7               HUMMELSTOWN PA 17036-8625
    WAYNE PA 19087-5570                    SECANE PA 19018-3541

34  CHRISTOPHER A DENARDO              35  CELINE P DERKRIKORIAN              36  JOSEPH ANGELO DESSOYE
    SHAPIRO AND DENARDO LLC                MCCABE WEISBERG AND CONWAY PC          PHELAN HALLINAN LLP
    3600 HORIZON DRIVE SUITE 150           123 SOUTH BROAD STREET SUITE 1400      1617 JFK BLVD SUITE 1400
    KING OF PRUSSIA PA 19406-4702          PHILADELPHIA PA 19109-1060             PHILADELPHIA PA 19103-1814

37  KIM M DIDDIO                       38  DISCOVER BANK                      39  DISCOVER FIN SVCS LLC
    17 N 6TH STREET                        DB SERVICING CORPORATION               PO BOX 30943
    STROUDSBURG PA 18360-2177              PO BOX 3025                            SALT LAKE CITY UT 84130-0943
                                           NEW ALBANY OH 43054-3025

40  ECMC                               41  ECMC                               42  EAST STROUDSBURG BOROUGH
    PO BOX 16408                           PO BOX 16408                           PO BOX 303
    ST PAUL MN 55116-0408                  ST PAUL MN 55116-0408                  EAST STROUDSBURG PA 18301-0303
                                           ECMC
                                           PO BOX 16408
                                           ST PAUL MN 55116-0408

43  EASTON HOSPITAL                    44  EVERBANK                           45  EVERBANK
    PO BOX 503786                          301 WEST BAY STREET                    301 WEST BAY STREET
    ST LOUIS MO 63150-3786                 JACKSONVILLE FL 32202-5180             JACKSONVILLE FLORIDA 32202-5180

46  EVERHOME                           47  EVERHOME MORTGAGE CO               48  EVERHOME MORTGAGE CO
    301 WEST BAY STREET                    301 W BAY ST                           301 W BAY STREET
    JACKSONVILLE FL 32202-5103             JACKSONVILLE FL 32202-5103             JACKSON FL 32202-5103

49  FEDERAL NATIONAL MORTGAGE          50  FEDERAL NATIONAL MORTGAGE          51  KEVIN S FRANKEL
    ASSOCIATION                            ASSOCIATION                            SHAPIRO  DENARDO LLC
    PO BOX 1047                            CO ROSICKI ROSICKI  ASSOCIATES         3600 HORIZON DRIVE
    HARTFORD CT 06143-1047                 51 E BETHPAGE ROAD                     SUITE 150
                                           PLAINVIEW NY 11803-4224                KING OF PRUSSIA PA 19406-4702

52  ALEXANDRA TERESA GARCIA            53  MICHAEL A GAUL                     54  ANDREW GOLDBERG
    MCCABE WEISBERG  CONWAY PC             KING SPRY HERMAN FREUND  FAUL LLC      ROSICKI ROSICKI AND ASSOCIATES PC
    123 SOUTH BROAD STREET                 ONE WEST BROAD STREET                  51 EAST BETHPAGE ROAD
    SUITE 1400                             SUITE 700                              PLAINVIEW NY 11803-4224
    PHILADELPHIA PA 19109-1060             BETHLEHEM PA 18018-5783
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55  CGREEN TREE SERVICING L         56  GREENTREE SERVICING LLC         57  GREEN TREE SERVICING LLC
    332 MINNESOTA ST STE E610            BANKRUPTCY DEPARTMENT               PO BOX 44265
    SAINT PAUL MN 55101-1311             P O BOX 6154                        JACKSONVILLE FL 32231-4265
                                         RAPID CITY SD 57709-6154


58  GREEN TREE SERVICING LLC         59  JOEL M HELMRICH                 60  HOME DEPOT
    PO BOX 44265                         DINSMORE   SHOHL                    PO BOX 183175
    JACKSONVILLE FL 32231-4265           ONE OXFORD CENTRE SUITE 2800        COLUMBUS OH 43218-3175
    GREEN TREE SERVICING LLC             PITTSBURGH PA 15219-1400
    PO BOX 44265
    JACKSONVILLE FL 32231-4265


61  HOME DEPOT                       62  LEEANE O HUGGINS                63  JPMORGAN CHASE BANK NATIONAL
    PO BOX 790328                        SHAPIRO AND DENARDO LLC             ASSOCIATION ET
    ST LOUIS MO 63179-0328               3600 HORIZON DRIVE SUITE 150        3415 VISION DRIVE
                                         KING OF PRUSSIA PA 19406-4702       COLUMBUS OHIO 43219


64  JPMORGAN CHASE BANK NATIONAL     65  KNBT A DIVISION OF              66  KELLER WILLIAMS REAL ESTATE
    ASSOCIATION ET                       NATIONAL PENN BANK                  637 MAIN STREET
    ATTN CORRESPONDENCE MAIL MAIL CODE   645 HAMILTON ST STE 700             STROUDSBURG PA 18360-2005
    LA4                                  ALLENTOWN PA 18101-2196
    700 KANSAS LANE
    MONROE LA 71203-4774


67  LNV CORPORATION                  68  KRISTEN D LITTLE                69  LOEWS
    CO JOEL M HELMRICH ESQUIRE           SHAPIRO   DENARDO LLC              PO BOX 530970
    DINSMORE   SHOHL LLP                 3600 HORIZON DRIVE                  ATLANTA GA 30353-0970
    ONE OXFORD CENTRE SUITE 2800         SUITE 150
    PITTSBURGH PA 15219-1400             KING OF PRUSSIA PA 19406-4702


70  MEDICAL DATA SYSTEMS I           71  MEDICAL REVIEW SERVICES         72  MONROE COUNTY TAX CLAIM
    645 WALNUT ST STE 5                  645 WAKNUT STREET STE 5             ONE QUAKER PLAZA RM 104
    GADSDEN AL 35901-4173                GADSDEN AL 35901-4173               STROUDSBURG PA 18360-2195


73  MONROE COUNTY TAX CLAIM BUREAU   74  MONROE PATHOLOGIST PC           75  MOUNTAIN VALLEY ORTHOPEDICS
    1 QUAKER PLAZA ROOM 104              PO BOX 808                          600 PLAZA COURT STE C
    STROUDSBURG PA 18360-2141            EAST STROUDSBURG PA 18301-4108      EAST STROUDSBURG PA 18301-8263


76  NATIONAL PENN BANK               77  NATIONAL RECOVERY AGEN          78  NATIONAL RECOVERY SEERVICE
    PHILADELPHIA   READING A             2491 PAXTON ST                      2491 PAXTON ST
    BOYERTOWN PA 19512                   HARRISBURG PA 17111-1036            HARRISBURG PA 17111-1036


79  NATIONAL RECOVERY SERVICE        80  NATIONAL RECOVERY SERVICE       81  NATIONSTAR MORTGAGE LLC
    2491 PAXTON ST                       2491 PAXTON ST                      PO BOX 619096
    HARRIISBURG PA 17111-1036            HARRISBURG PA 17111-1036            DALLAS TX 75261-9096
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 82  NAVIENT SOLUTIONS INC ON BEHALF OF<br>PHEAA<br> PHEAA<br> PO BOX 8147<br> HARRISBURG PA 17105-8147 | 83  NORTHAMPTON CLINIC COMPANY<br> PO BOX 9406<br> BELFAST ME 04915-9406 | 84  NORTHAMPTON COUNTY TAX<br> CLAIM BUREAU<br> 669 WASHINGTON STREET<br> EASTON PA 18042-7401 |
| 85  RICHARD A OHALLORAN<br> DINSMORE  SHOHL LLP<br> 1200 LIBERTY RIDGE DRIVE<br> SUITE 310<br> WAYNE PA 19087-5570 | 86  POCONO AMBULATORY SURGERY CENTER<br> 1 STORM STREET<br> STROUDSBURG PA 18360-2406 | 87  POCONO CARDIOLOGY<br> 200 PLAZA COURT STE C<br> EAST STROUDSBURG PA 18301-8259 |
| 88  POCONO IMAGING PARTNER<br> PO BOX<br> EAST STROUDSBURG PA 18301-9629 | 89  POCONO IMAGING PARTNER LLP<br> PO BOX 60<br> EAST STROUDSBURG PA 18301-0060 | 90  POCONO MEDICAL CENTER<br> PO BOX 822009<br> PHILADELPHIA PA 19182-2009 |
| 91  QUEST DIAGNOSTICS<br> PO BOX 7306<br> HOLLISTER MO 65673-7306 | 92  RAYMORE AND FLANNIGHAN<br> PO BOX 130<br> LIVERPOOL NY 13088-0130 | 93  SALLIE MAE<br> 11100 USA PKWY<br> FISHERS IN 46037-9203 |
| 94  SALLIE MAE<br> PO BOX 9500<br> WILKES BARRE PA 18773-9500 | 95  JOSEPH P SCHALK<br> PHELAN HALLINAN LLP<br> 1617 JFK BLVD SUITE 1400<br> ONE PENN CENTER AT SUBURBAN STATION<br> PHILADELPHIA PA 19103 | 96  SETERUS INC<br> 14523 SW MILLIKAN WAY ST<br> BEAVERTON OR 97005-2352 |
| 97  SETERUS INC<br> 14523 SW MILLIKAN WAY SUITE 200<br> BEAVERTON OR 97005-2352 | 98  SETERUS INC<br> PO BOX 1047<br> HARTFORD CT 06143-1047 | 99  LISA BETH SINGER<br> ROSICKI ROSICKI AND ASSOCIATES PC<br> 51 EAST BETHPAGE ROAD<br> PLAINVIEW NY 11803-4224 |
| 100  SYNCHRONY BANK<br> CO RECOVERY MANAGEMENT SYSTEMS CORP<br> 25 SE 2ND AVE SUITE 1120<br> MIAMI FL 33131-1605 | 101  THDCBNA<br> PO BOX 6497<br> SIOUX FALLS SD 57117-6497 | 102  UNITED STATES TRUSTEE<br> 228 WALNUT STREET SUITE 1190<br> HARRISBURG PA 17101-1722 |
| 103  MATTHEW CHRISTIAN WALDT<br> MILSTEAD  ASSOCIATES LLC<br> 1 EAST STOW RD<br> MARLTON NJ 08053-3118 | 104  JAMES WARMBRODT<br> 701 MARKET STREET SUITE 5000<br> PHILADEPHIA PA 19106-1541 | 105  BRADLEY WARREN WEIDENBAUM<br> PO BOX 721<br> BRODHEADSVILLE PA 18322-0721 |