IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Salvatore J. Catalano, II and Susan E. Catalano, <br>　　　Debtors. <br>_____ <br>Nationstar Mortgage LLC, <br>　　　Movant, <br>v. <br>Salvatore J. Catalano, II and Susan E. Catalano, <br>　　　Debtors, <br><br>Charles J. DeHart, III, Trustee, <br>　Additional Respondent. | CHAPTER 13 <br><br>BANKRUPTCY CASE NUMBER 14-04282/JJT <br><br>11 U.S.C. § 362 |

**CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that on April 18, 2017, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 27, 2017　　　　　　　　　　　BY:/s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:14-047041　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　　　pabk@logs.com