## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Salvatore J. Catalano 2nd<br>   Susan E. Catalano<br><br>      **Debtor(s)** | BK NO. 14-04282 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

           Respectfully submitted,

           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           412-430-3594