UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Salvatore J. Catalano, II and Susan E. Catalano,<br>        Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 14-04282/JJT |
| Nationstar Mortgage LLC,<br>        Movant,<br>v.<br><br>Salvatore J. Catalano, II and Susan E. Catalano,<br>        Respondents/Debtors,<br><br>Charles J. DeHart, III<br>        Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on April 4, 2017.

                                              Respectfully submitted,

Dated: June 28, 2017                     BY: /s/ Kevin S. Frankel
                                                      Kevin S. Frankel, Esquire
                                                      Shapiro & DeNardo, LLC
                                                      3600 Horizon Drive, Suite 150
                                                      King of Prussia, PA 19406
                                                      (610)278-6800/ fax (847) 954-4809
S&D File #:14-047115                     PA BAR ID #318323
                                                      pabk@logs.com