```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 14-04282-JJT
Salvatore J. Catalano, 2nd                                                Chapter 13
Susan E. Catalano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 2     Date Rcvd: Oct 04, 2017
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4596981       E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 18:43:34     Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785
                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   Federal National Mortgage Association (FNMAT)
           ecfmail@mwc-law.com
          Alexandra Teresa Garcia   on behalf of Creditor   Federal National Mortgage Association (FNMA)
           ecfmail@mwc-law.com
          Andrew Goldberg   on behalf of Creditor   Federal National Mortgage Association
           Bkmail@rosicki.com
          Ann E. Swartz   on behalf of Creditor   Federal National Mortgage Association ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Bradley Warren Weidenbaum   on behalf of Joint Debtor Susan E. Catalano weidenbaumlaw@gmail.com,
           G25181@notify.cincompass.com
          Bradley Warren Weidenbaum   on behalf of Debtor Salvatore J. Catalano, 2nd
           weidenbaumlaw@gmail.com, G25181@notify.cincompass.com
          Celine P DerKrikorian   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com
          Celine P DerKrikorian   on behalf of Creditor   EverBank ecfmail@mwc-law.com
          Celine P DerKrikorian   on behalf of Creditor   Seterus, Inc. ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Christopher A DeNardo   on behalf of Creditor   EverBank pabk@logs.com
          Christopher A DeNardo   on behalf of Creditor   JPMorgan Chase Bank, National Association et
           al... pabk@logs.com
          J. Zac Christman   on behalf of Creditor   Monroe County Tax Claim Bureau
           jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
          J. Zac Christman   on behalf of Attorney   Borough of East Stroudsburg
           jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
          James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeniece Davis   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Joel M Helmrich   on behalf of Creditor   LNV CORPORATION joel.helmrich@dinsmore.com,
           diane.brink@dinsmore.com
          Joseph Angelo Dessoye   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing
           LLC pamb@fedphe.com
          Joseph P Schalk   on behalf of Creditor   Ditech Financial LLC et. al. jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk   on behalf of Creditor   The Bank of New York Mellon, et. al. jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk   on behalf of Creditor   Green Tree Servicing LLC jschalk@barley.com,
           sromig@barley.com
          Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com

```
District/off: 0314-5          User: CGambini            Page 2 of 2            Date Rcvd: Oct 04, 2017
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kevin S Frankel    on behalf of Creditor    EverBank pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              Kim M Diddio    on behalf of Attorney    Borough of East Stroudsburg kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kristen D Little    on behalf of Creditor    EverBank pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association et al...
               pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor    EverBank pabk@logs.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Mario John Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Gregory Brushwood    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
              Michael A Gaul    on behalf of Creditor    Portland Borough Authority mag@kingspry.com,
               robin@kingspry.com
              Michael A Gaul    on behalf of Creditor    Borough of Portland mag@kingspry.com,  robin@kingspry.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              Richard A O'Halloran    on behalf of Creditor    CXA-16 Corporation richard.ohalloran@dinsmore.com,
               lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@
               dinsmore.com
              Richard A O'Halloran    on behalf of Creditor    LNV CORPORATION richard.ohalloran@dinsmore.com,
               lindsey.hoelzle@dinsmore.com;ross.currie@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@
               dinsmore.com
              Ross G. Currie    on behalf of Creditor    CXA-16 Corporation ross.currie@dinsmore.com,
               brianna.dinmore@dinsmore.com
              Ross G. Currie    on behalf of Creditor    LNV CORPORATION ross.currie@dinsmore.com,
               brianna.dinmore@dinsmore.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 43
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04282-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Salvatore J. Catalano, 2nd
162 Analomink St.
East Stroudsburg PA 18301

Susan E. Catalano
162 Analomink St.
East Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/03/2017.

Name and Address of Alleged Transferor(s):

Claim No. 24: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785

Name and Address of Transferee:

BANK OF AMERICA, N.A.
P.O. BOX 31785
TAMPA, FL 33631-3785
Last four digits of Acct#: 6925
BANK OF AMERICA, N.A.
P.O. BOX 31785

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/06/17

Terrence S. Miller
**CLERK OF THE COURT**