IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Salvatore J. Catalano, 2nd and Susan E. Catalano,<br>　　　Debtors.<br><br>_____<br><br>JPMorgan Chase Bank, National Association as servicer for Wilmington Trust Company, as successor to U.S. Bank National Association as trustee for MASTR Alternative Loan Trust 2004-7,<br>　　　Movant,<br>v.<br>Salvatore J. Catalano, 2nd and Susan E. Catalano,<br>　　　Debtors,<br><br>Charles J. DeHart, III, Trustee,<br>　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 14-04282/JJT<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on October 2, 2017, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

Respectfully submitted,

Dated: 10/24/17

BY:/s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:14-047018