In re:                                                              Case No. 14-04282-JJT
Salvatore J. Catalano, 2nd                                         Chapter 13
Susan E. Catalano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini        Page 1 of 2        Date Rcvd: Nov 08, 2017
                           Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
4641365        Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265,
               Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMA)
        ecfmail@mwc-law.com
        Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMAT)
        ecfmail@mwc-law.com
        Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
        Bkmail@rosicki.com
        Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ASwartz@mwc-law.com,
        ecfmail@mwc-law.com
        Bradley Warren Weidenbaum    on behalf of Debtor 1 Salvatore J. Catalano, 2nd
        weidenbaumlaw@gmail.com,  G25181@notify.cincompass.com
        Bradley Warren Weidenbaum    on behalf of Debtor 2 Susan E. Catalano weidenbaumlaw@gmail.com,
        G25181@notify.cincompass.com
        Celine P DerKrikorian    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
        Celine P DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
        Celine P DerKrikorian    on behalf of Creditor    Seterus, Inc. ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Christopher A DeNardo    on behalf of Creditor    EverBank pabk@logs.com
        Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et
        al... pabk@logs.com
        J. Zac Christman    on behalf of Creditor    Monroe County Tax Claim Bureau
        jchristman@newmanwilliams.com,
        mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
        J. Zac Christman    on behalf of Attorney    Borough of East Stroudsburg
        jchristman@newmanwilliams.com,
        mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
        James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Jeniece  Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
        National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
        bonnie@mvrlaw.com
        Joel M Helmrich    on behalf of Creditor    LNV CORPORATION joel.helmrich@dinsmore.com,
        diane.brink@dinsmore.com
        Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
        LLC pamb@fedphe.com
        Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC et. al. jschalk@barley.com,
        sromig@barley.com
        Joseph P Schalk    on behalf of Creditor    The Bank of New York Mellon, et. al. jschalk@barley.com,
        sromig@barley.com
        Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
        sromig@barley.com
        Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
        Kevin S Frankel    on behalf of Creditor    EverBank pa-bk@logs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Kevin S Frankel   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
    Kevin S Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association et al...
     pa-bk@logs.com
    Kim M Diddio   on behalf of Attorney   Borough of East Stroudsburg kdiddio@diddiolaw.com,
     kdiddio@gmail.com;r52326@notify.bestcase.com
    Kristen D Little   on behalf of Creditor   EverBank pabk@logs.com
    LeeAne O Huggins   on behalf of Creditor   JPMorgan Chase Bank, National Association et al...
     pabk@logs.com
    LeeAne O Huggins   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
    LeeAne O Huggins   on behalf of Creditor   EverBank pabk@logs.com
    Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association
     bkmail@rosicki.com
    Mario John Hanyon   on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
    Matthew Christian Waldt   on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com,
     bkecf@milsteadlaw.com
    Matthew Gregory Brushwood   on behalf of Creditor   Green Tree Servicing LLC pamb@fedphe.com
    Michael A Gaul   on behalf of Creditor   Portland Borough Authority mag@kingspry.com,
     robin@kingspry.com
    Michael A Gaul   on behalf of Creditor   Borough of Portland mag@kingspry.com,  robin@kingspry.com
    Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
    Richard A O'Halloran   on behalf of Creditor   CXA-16 Corporation richard.ohalloran@dinsmore.com,
     lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
     dinsmore.com
    Richard A O'Halloran   on behalf of Creditor   LNV CORPORATION richard.ohalloran@dinsmore.com,
     lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
     dinsmore.com
    Ross G. Currie   on behalf of Creditor   CXA-16 Corporation ross.currie@dinsmore.com,
     brianna.dinmore@dinsmore.com
    Ross G. Currie   on behalf of Creditor   LNV CORPORATION ross.currie@dinsmore.com,
     brianna.dinmore@dinsmore.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                TOTAL: 44

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 5:14-bk-04282-JJT
## Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Salvatore J. Catalano, 2nd<br>162 Analomink St.<br>East Stroudsburg PA 18301 | Susan E. Catalano<br>162 Analomink St.<br>East Stroudsburg PA 18301 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/08/2017.

**Name and Address of Alleged Transferor(s):**

Claim No. 9: Green Tree Servicing, LLC, PO Box 44265, Jacksonville, FL 32231-4265,
Green Tree Servicing, LLC, PO Box 44265, Jacksonville, FL 32231-4265

**Name and Address of Transferee:**

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/17

Terrence S. Miller
**CLERK OF THE COURT**