```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 14-04282-JJT
Salvatore J. Catalano, 2nd                                       Chapter 13
Susan E. Catalano
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini           Page 1 of 2         Date Rcvd: Jul 26, 2018
                            Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
4729871        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,   PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMAT)
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Bradley Warren Weidenbaum    on behalf of Debtor 1 Salvatore J. Catalano, 2nd
               weidenbaumlaw@gmail.com,    G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Debtor 2 Susan E. Catalano weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Celine P DerKrikorian    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Seterus, Inc. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    EverBank pabk@logs.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et
               al... pabk@logs.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              J. Zac Christman    on behalf of Creditor    Monroe County Tax Claim Bureau
               jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Attorney    Borough of East Stroudsburg
               jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeniece  Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joel M Helmrich    on behalf of Creditor    LNV CORPORATION joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com
              Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC pamb@fedphe.com

```
District/off: 0314-5          User: CGambini            Page 2 of 2              Date Rcvd: Jul 26, 2018
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC et. al. jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk    on behalf of Creditor    The Bank of New York Mellon, et. al. jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com,
           sromig@barley.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
          Kevin S Frankel    on behalf of Creditor    EverBank pa-bk@logs.com
          Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association et al...
           pa-bk@logs.com
          Kim M Diddio    on behalf of Attorney    Borough of East Stroudsburg kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Kristen D Little    on behalf of Creditor    EverBank pabk@logs.com
          LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association et al...
           pabk@logs.com
          LeeAne O Huggins    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
          LeeAne O Huggins    on behalf of Creditor    EverBank pabk@logs.com
          Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
           bkmail@rosicki.com
          Mario John Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
          Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew Gregory Brushwood    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
          Michael A Gaul    on behalf of Creditor    Portland Borough Authority mag@kingspry.com,
           robin@kingspry.com
          Michael A Gaul    on behalf of Creditor    Borough of Portland mag@kingspry.com, robin@kingspry.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Richard A O'Halloran    on behalf of Creditor    CXA-16 Corporation richard.ohalloran@dinsmore.com,
           lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
           dinsmore.com
          Richard A O'Halloran    on behalf of Creditor    LNV CORPORATION richard.ohalloran@dinsmore.com,
           lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
           dinsmore.com
          Ross G. Currie    on behalf of Creditor    CXA-16 Corporation ross.currie@dinsmore.com,
           brianna.dinmore@dinsmore.com
          Ross G. Currie    on behalf of Creditor    LNV CORPORATION ross.currie@dinsmore.com,
           brianna.dinmore@dinsmore.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 45
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04282-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Salvatore J. Catalano, 2nd<br>162 Analomink St.<br>East Stroudsburg PA 18301 | Susan E. Catalano<br>162 Analomink St.<br>East Stroudsburg PA 18301 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 20: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741,<br>Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 | U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038<br>U.S. Bank Trust National Association<br>c/o BSI Financial Services |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/28/18

Terrence S. Miller
**CLERK OF THE COURT**