```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                            Case No. 14-04282-JJT
Salvatore J. Catalano, 2nd                                        Chapter 13
Susan E. Catalano
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5            User: CGambini            Page 1 of 2            Date Rcvd: Jul 30, 2018
                                Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
4729865        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741,
                   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMAT)
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Andrew   Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Bradley Warren Weidenbaum    on behalf of Debtor 1 Salvatore J. Catalano, 2nd
               weidenbaumlaw@gmail.com,    G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Debtor 2 Susan E. Catalano weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Celine P DerKrikorian    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Seterus, Inc. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    EverBank pabk@logs.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et
               al... pabk@logs.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,    Michelle@mvrlaw.com
              J. Zac Christman    on behalf of Creditor    Monroe County Tax Claim Bureau
               jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Attorney    Borough of East Stroudsburg
               jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joel M Helmrich    on behalf of Creditor    LNV CORPORATION joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com
              Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC pamb@fedphe.com

```
District/off: 0314-5           User: CGambini                Page 2 of 2                  Date Rcvd: Jul 30, 2018
                               Form ID: trc                  Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P Schalk   on behalf of Creditor   Ditech Financial LLC et. al. jschalk@barley.com, sromig@barley.com
        Joseph P Schalk   on behalf of Creditor   The Bank of New York Mellon, et. al. jschalk@barley.com, sromig@barley.com
        Joseph P Schalk   on behalf of Creditor   Green Tree Servicing LLC jschalk@barley.com, sromig@barley.com
        Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
        Kevin S Frankel   on behalf of Creditor   EverBank pa-bk@logs.com
        Kevin S Frankel   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
        Kevin S Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association et al... pa-bk@logs.com
        Kim M Diddio   on behalf of Attorney   Borough of East Stroudsburg kdiddio@diddiolaw.com, kdiddio@gmail.com;r52326@notify.bestcase.com
        Kristen D Little   on behalf of Creditor   EverBank pabk@logs.com
        LeeAne O Huggins   on behalf of Creditor   JPMorgan Chase Bank, National Association et al... pabk@logs.com
        LeeAne O Huggins   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
        LeeAne O Huggins   on behalf of Creditor   EverBank pabk@logs.com
        Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association bkmail@rosicki.com
        Mario John Hanyon   on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
        Matthew Christian Waldt   on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Matthew Gregory Brushwood   on behalf of Creditor   Green Tree Servicing LLC pamb@fedphe.com
        Michael A Gaul   on behalf of Creditor   Portland Borough Authority mag@kingspry.com, robin@kingspry.com
        Michael A Gaul   on behalf of Creditor   Borough of Portland mag@kingspry.com, robin@kingspry.com
        Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
        Richard A O'Halloran   on behalf of Creditor   CXA-16 Corporation richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@dinsmore.com
        Richard A O'Halloran   on behalf of Creditor   LNV CORPORATION richard.ohalloran@dinsmore.com, lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@dinsmore.com
        Ross G. Currie   on behalf of Creditor   CXA-16 Corporation ross.currie@dinsmore.com, brianna.dinmore@dinsmore.com
        Ross G. Currie   on behalf of Creditor   LNV CORPORATION ross.currie@dinsmore.com, brianna.dinmore@dinsmore.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                             TOTAL: 45

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04282-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Salvatore J. Catalano, 2nd<br>162 Analomink St.<br>East Stroudsburg PA 18301 | Susan E. Catalano<br>162 Analomink St.<br>East Stroudsburg PA 18301 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741,<br>Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 | U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038<br>U.S. Bank Trust National Association<br>c/o BSI Financial Services |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/18

Terrence S. Miller
**CLERK OF THE COURT**