IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SALVATORE J. CATALANO, 2ND | ) | |
| SUSAN E. CATALANO  Case No. | ) | 5:14-bk-04282-RNO |
| Movant/Debtors | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES DeHART, III | ) | ORDER |
| Standing Chapter 13 Trustee | ) | |
| Respondent | ) | |
| | ) | |
| & | ) | |
| | ) | |
| All Interested Parties | ) | |

ORDER

Upon consideration of the Debtors' Motion to Shorten Notice of Sale, it is

ORDERED that the Motion is GRANTED and the notice time is shortened to fourteen (14) days; and,

FURTHER ORDERED that Debtors' counsel is directed to file the Motion to Sell Property Free and Clear of Liens as a separate docket entry on or before March 14, 2019, at 4:00 p.m.

Dated:  March 14, 2019

By the Court,

_Robert N. Opel II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)