UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In Re: SALVATORE J. CATALANO, 2ND & SUSAN E. CATALANO<br><br>Debtor(s). | Case No.: 5:14-bk-04282-RNO<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

BSI requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

| | |
|---|---|
| **PHYSICAL ADDRESS:**<br>BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038 | **EMAIL ADDRESS:**<br>prpbk@bsifinancial.com |

Dated: April 1, 2019

By: /s/ Raymond Valderrama
Raymond Valderrama
c/o BSI Financial Services
Assistant Vice President, Bankruptcy
1425 Greenway Drive, Ste. 400
Irving, TX 75038
972.347.4350
prpbk@bsifinancial.com

|   |   |   |
|---|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT | |
| 2 | MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE) | |

| | | |
|---|---|---|
| In Re: SALVATORE J. CATALANO, 2ND & SUSAN E. CATALANO | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 5:14-bk-04282-RNO<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |
| Debtor(s). | | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On April 1, 2019 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Salvatore J. Catalano, 2nd<br>162 Analomink St.<br>East Stroudsburg, PA 18301<br><br>**Joint Debtor**<br>Susan E. Catalano<br>162 Analomink St.<br>East Stroudsburg, PA 18301<br><br>**Debtor's Counsel**<br>Bradley Warren Weidenbaum<br>PO Box 721<br>Brodheadsville, PA 18322 | **Trustee**<br>Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>**U.S. Trustee**<br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |
|---|---|

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2019 at Santa Ana, California

 _/s/ David Tragarz_
David Tragarz

**2**
CERTIFICATE OF SERVICE

Case 5:14-bk-04282-RNO    Doc 247    Filed 04/01/19    Entered 04/01/19 14:29:02    Desc
Main Document      Page 4 of 4