IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SALVATORE J. CATALANO, 2ND | ) | |
| SUSAN E. CATALANO  Case No. | ) | 5:14-bk-04282-RNO |
| Movant/Debtors | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES DeHART, III | ) | |
| Standing Chapter 13 Trustee | ) | CERTIFICATE OF SERVICE |
| Respondent | ) | |
| | ) | |
| & | ) | |
| | ) | |
| J.P. MORGAN CHASE Bank | ) | |
| Respondent | ) | |

CERTIFICATE OF SERVICE

I, Bradley Warren Weidenbaum, Esq. hereby certify that I served a true and correct copy of of the following:

- Application to Employ "Col. Mike Mckeown Auctioneer" a division of McKeown Real Estate;
- Notice of Objection Period;
- Proposed Order

Parties Served are: J.P.Morgan Chase. Bank

All creditors contained within debtors' Creditors' Matrix on 4 April 2019 via U.S. Mail, First Class Postage Prepaid. I make the foregoing certification under and subject to the penalty for false reports to authorities, 18 Pa.C.S. 4904.

Respectfully submitted,

BY/s/Bradley Warren Weidenbaum,
Esq. PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA
18322
(570) 992-3900 Fax (570) 227-4514