UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
SALVATORE J. CATALANO, 2ND, and : Chapter 13 Bankruptcy
SUSAN E. CATALANO, : **Case No. 5:14-bk-04282-RNO**
      Debtors, :

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notices as a secured creditor on real property.

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.**

By: _/s/ Vincent Rubino_____
    Vincent Rubino, Esq.
    Attorney for Debtor
    PO Box 511
    712 Monroe Street
    Stroudsburg, PA 18360
    (570) 421-9090; fax (570) 421-6835
    vrubino@newmanwilliams