

# E. R. MUNRO & COMPANY
*bonds and insurance*

One Gateway Center, Suite 400
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222-1460
Phone: 877-376-8676
Fax: 412-281-6195
Email: info@ermunro.com

------------------RECEIPT------------------

| Customer | Michael Joseph McKeown |
|---|---|
| Date | December 17, 2018 |
| Customer Service | E. R. Munro and Company |
| | E. R. Munro and Company |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | |
| Payment Amount | |
| Payment for: | |
| PA 6049 | |

Michael Joseph McKeown
956 North 9th Street
Stroudsburg, PA 18360-1208

Customer: Michael Joseph McKeown

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 138178 | 2/28/2017 | Renew Bond | Policy #PA 6049   02/28/2019 - 02/28/2021<br>Merchants Bonding Company<br>Auctioneer PA -$5,000 Bond – 2 Year Term<br><br>RECEIPT – BOND PAID IN FULL<br>Received Check #1202 dated 12/12/2018<br><br>Your bond is continuous. This is proof that it has been renewed.<br><br>**Please remember to renew your license with the PA State Board of Auctioneer Examiners.**<br>*https://www.pals.pa.gov/*<br>*You will need your bond number and name of the bonding company.*<br>**Bond # PA 6049 with Merchants Bonding Company** | $75.00 |
| Thank you. We appreciate your business! | | | Total | $75.00 |



**E. R. MUNRO & COMPANY**
*bonds and insurance*

One Gateway Center, Suite 400
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222-1460
Phone: 877-376-8676
Fax: 412-281-6195
Email: info@ermunro.com

------------------RECEIPT----------------

| Customer | Thomas Gregory McKeown |
|---|---|
| Date | December 17, 2018 |
| Customer | E. R. Munro and Company |
| Service | E. R. Munro and Company |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | |
| Payment Amount | |
| Payment for: | |
| PA 3544 | |

Thomas Gregory McKeown
956 North 9th Street
Stroudsburg, PA 18360-1208

Customer: Thomas Gregory McKeown

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 138913 | 2/28/2017 | Renew Bond | Policy #PA 3544   02/28/2019 - 02/28/2021<br>Merchants Bonding Company<br>Auctioneer PA -$5,000 Bond – 2 Year Term<br><br>RECEIPT – BOND PAID IN FULL<br>Received Check #47500 dated 12/11/2018<br><br>Your bond is continuous. This is proof that it has been renewed.<br><br>**Please remember to renew your license with the PA State Board of Auctioneer Examiners.**<br>*https://www.pals.pa.gov/*<br>*You will need your bond number and name of the bonding company.*<br>**Bond # PA 3544 with Merchants Bonding Company** | $75.00 |
| Thank you. We appreciate your business! | | | | Total |
| | | | | $75.00 |