# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLAVNIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SALVATORE J. CATALANO, 2ND ) | |
| SUSAN E. CATALANO ) | |
| Debtors. ) | |
| ) | Amended Certificate of Service |
| ) | Chapter 13 |
| ) | Case No. 5:14-bk-04282-RNO |

**Amended Certificate of Service**

    I, Bradley Warren Weidenbaum, Esq. counsel for the above captioned debtors hereby certify that I served a true and Correct Copy of Debtors' Application to Employ Michael McKeown Auctioneers – A division of McKeown Real Estate; Notice & Objection date on all parties contained within debtors' Matrix attached herewith. The foregoing service in this matter was perfected via United States Mail, First Class Postage Prepaid on 4 April 2019.

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>03145<br>CASE 5-14-BK-04282-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>THU APR 4 09-40-15 EDT 2019 | CITIMORTGAGE INC<br>PO BOX 688971<br>DES MOINES IA 50368-8971 | ANES SPEC BETHLEHEM PC<br>PO BOX 64500<br>SOUDERTON PA 18964 |
| BANK OF AMERICA NA<br>ATTN BANKRUPTCY DEPT<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | BANK OF AMERICA NA<br>THE BANK OF NEW YORK MELLON FKA THE BANK<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 |
| BANK OF AMERICA NA<br>7105 CORPORATE DRIVE<br>MAIL CODE PTX-B-209<br>PLANO TX 75024-4100 | BK OF AMER<br>450 AMERICAN ST<br>SIMI VALLEY CA 93065-6285 | BOROUGH OF EAST STROUDSBURG<br>ANNUAL RESIDENTAILRENTAL<br>PO BOX 303<br>EAST STROUDSBURG PA 18301-0303 |
| BOROUGH OF EAST STROUDSBURG<br>ANNUAL RESIDENTAL RENTAL<br>PO BOX 303<br>EAST STROUDSBURG PA 18301-0303 | BOROUGH OF EAST STROUDSBURG<br>PO BOX 303<br>EAST STROUDSBURG PA 18301-0303 | BOROUGH OF EAST STROUDSBURG WATER<br>PO BOX 303<br>EAST STROUDSBURG PA 18301-0303 |
| BOROUGH OF PORTLAND GARBAGE<br>PO BOX 477 DIVISION STREET<br>PORTLAND PA 18351-0477 | BOROUGH OF PORTLAND SEWER<br>PO BOX 476 DIVISION STREET<br>PORTLAND PA 18351-0476 | BOROUGH OF PORTLAND WATER<br>PO BOX 476 DIVISION ST<br>PORTLAND PA 18351-0476 |
| BOROUGH OF EAST STROUDSBURG<br>17 N 6TH STREET<br>STROUDSBURG PA 18360-2177 | BOUROUGH OF PORTLAND WATER<br>PO BOX 476 DIVISION STREET<br>PORTLAND PA 18351-0476 | BRADLEY WARREN WEIDENBAUM<br>13 SCOTT ST<br>BRODHEADSVILLE PA 18322-0000 |
| BRODHEAD CREEK REGIONAL AUTHORITY<br>410 MILL CREEK ROAD<br>EAST STROUDSBURG PA 18301-1126 | MATTHEW GREGORY BRUSHWOOD<br>PHELAN HALLINAN SCHMIEG LLP<br>1617 JFK BOULEVARD SUITE 1400<br>PHILADELPHIA PA 19103-1814 | CLMG CORP<br>7195 DALLAS PARKWAY<br>PLANO TX 75024-4922 |
| CXA 16 CORPORATION<br>CO CLMG CORP<br>7195 DALLAS PARKWAY<br>PLANO TX 75024-4922 | CXA 16 CORPORATION<br>CO CLMG CORP<br>ATTN- STUART MILES<br>7195 DALLAS PARKWAY<br>PLANO TX 75024-4922 | SUSAN E CATALANO<br>162 ANALOMINK ST<br>EAST STROUDSBURG PA 18301-2624 |
| CATALANO SALVATORE J 2ND<br>162 ANALOMINK STREET<br>EAST STROUDSBURG PA 18301-2624 | CATALANO SUSAN E<br>162 ANALOMINK STREET<br>EAST STROUDSBURG PA 18301-2624 | DEBTOR<br>SALVATORE J CATALANO 2ND<br>162 ANALOMINK ST<br>EAST STROUDSBURG PA 18301-2624 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CHASE<br>PO BOX 15153<br>WILMINGTON DE 19886-5153 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 |
| J ZAC CHRISTMAN<br>FISHER CHRISTMAN<br>530 MAIN STREET<br>STROUDSBURG PA 18360-2004 | COUNTY OF NORTHAMPTON TAX CLAIM BUR<br>669 WASHINGTON STREET<br>EASTON PA 18042-7401 | ROSS G CURRIE<br>MITTS LAW LLC<br>1822 SPRUCE STREET<br>PHILADELPHIA PA 19103-6603 |
| JENIECE DAVIS<br>MARTHA E VONROSENSTIEL PC<br>649 SOUTH AVENUE SUITE 7<br>SECANE PA 19018-3541 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | CHRISTOPHER A DENARDO<br>SHAPIRO AND DENARDO LLC<br>3600 HORIZON DRIVE SUITE 150<br>KING OF PRUSSIA PA 19406-4702 |
| CELINE P DERKRIKORIAN<br>MCCABE WEISBERG AND CONWAY PC<br>123 SOUTH BROAD STREET SUITE 1400<br>PHILADELPHIA PA 19109-1060 | JOSEPH ANGELO DESSOYE<br>PHELAN HALLINAN LLP<br>1617 JFK BLVD SUITE 1400<br>PHILADELPHIA PA 19103-1814 | KIM M DIDDIO<br>17 N 6TH STREET<br>STROUDSBURG PA 18360-2177 |
| DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 30943<br>SALT LAKE CITY UT 84130-0943 | ECMC<br>PO BOX 16408<br>ST PAUL MN 55116-0408 |
| ECMC<br>PO BOX 16408<br>ST PAUL MN 55116-0408<br>ECMC<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | EAST STROUDSBURG BOROUGH<br>PO BOX 303<br>EAST STROUDSBURG PA 18301-0303 | EASTON HOSPITAL<br>PO BOX 503786<br>ST LOUIS MO 63150-3786 |
| EVERBANK<br>301 WEST BAY STREET<br>JACKSONVILLE FL 32202-5180 | EVERBANK<br>301 WEST BAY STREET<br>JACKSONVILLE FLORIDA 32202-5180 | EVERHOME<br>301 WEST BAY STREET<br>JACKSONVILLE FL 32202-5184 |
| EVERHOME MORTGAGE CO<br>301 W BAY ST<br>JACKSONVILLE FL 32202-5184 | EVERHOME MORTGAGE CO<br>301 W BAY STREET<br>JACKSON FL 32202-5184 | FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>PO BOX 1047<br>HARTFORD CT 06143-1047 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>CO ROSICKI ROSICKI ASSOCIATES<br>51 E BETHPAGE ROAD<br>PLAINVIEW NY 11803-4224 | KEVIN S FRANKEL<br>SHAPIRO DENARDO LLC<br>3600 HORIZON DRIVE<br>SUITE 150<br>KING OF PRUSSIA PA 19406-4702 | ALEXANDRA TERESA GARCIA<br>MCCABE WEISBERG CONWAY PC<br>123 SOUTH BROAD STREET<br>SUITE 1400<br>PHILADELPHIA PA 19109-1060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANDREW RYAN GARCIA<br>BANK OF AMERICA<br>16001 NORTH DALLAS PKWY<br>ADDISON TX 75001-3311 | MICHAEL A GAUL<br>KING SPRY HERMAN FREUND  FAUL LLC<br>ONE WEST BROAD STREET<br>SUITE 700<br>BETHLEHEM PA 18018-5783 | ANDREW GOLDBERG<br>ROSICKI ROSICKI AND ASSOCIATES PC<br>51 EAST BETHPAGE ROAD<br>PLAINVIEW NY 11803-4224 |
| CGREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 | GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | GREEN TREE SERVICING LLC<br>PO BOX 44265<br>JACKSONVILLE FL 32231-4265 |
| GREEN TREE SERVICING LLC<br>PO BOX 44265<br>JACKSONVILLE FL 32231-4265<br>GREEN TREE SERVICING LLC<br>PO BOX 44265<br>JACKSONVILLE FL 32231-4265 | MARIO JOHN HANYON<br>PHELAN HALLINAN  SCHMIEG<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | JOEL M HELMRICH<br>DINSMORE  SHOHL<br>ONE OXFORD CENTRE SUITE 2800<br>PITTSBURGH PA 15219-1400 |
| HOME DEPOT<br>PO BOX 183175<br>COLUMBUS OH 43218-3175 | HOME DEPOT<br>PO BOX 790328<br>ST LOUIS MO 63179-0328 | LEEANE O HUGGINS<br>SHAPIRO AND DENARDO LLC<br>3600 HORIZON DRIVE SUITE 150<br>KING OF PRUSSIA PA 19406-4702 |
| KHURRAM ISHAQ<br>BANK OF AMERICA<br>16001 N DALLAS PKWY<br>ADDISON TX 75001-3311 | JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION ET<br>3415 VISION DRIVE<br>COLUMBUS OHIO 43219 | JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION ET<br>ATTN CORRESPONDENCE MAIL MAIL CODE LA4<br>700 KANSAS LANE<br>MONROE LA 71203-4774 |
| KNBT A DIVISION OF<br>NATIONAL PENN BANK<br>645 HAMILTON ST STE 700<br>ALLENTOWN PA 18101-2196 | KELLER WILLIAMS REAL ESTATE<br>637 MAIN STREET<br>STROUDSBURG PA 18360-2005 | LNV CORPORATION<br>CO JOEL M HELMRICH ESQUIRE<br>DINSMORE  SHOHL LLP<br>ONE OXFORD CENTRE SUITE 2800<br>PITTSBURGH PA 15219-1400 |
| KRISTEN D LITTLE<br>SHAPIRO  DENARDO LLC<br>3600 HORIZON DRIVE<br>SUITE 150<br>KING OF PRUSSIA PA 19406-4702 | LOEWS<br>PO BOX 530970<br>ATLANTA GA 30353-0970 | MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN AL 35901-4173 |
| MEDICAL REVIEW SERVICES<br>645 WAKNUT STREET STE 5<br>GADSDEN AL 35901-4173 | MONROE COUNTY TAX CLAIM<br>ONE QUAKER PLAZA RM 104<br>STROUDSBURG PA 18360-2195 | MONROE COUNTY TAX CLAIM BUREAU<br>1 QUAKER PLAZA ROOM 104<br>STROUDSBURG PA 18360-2141 |
| MONROE PATHOLOGIST PC<br>PO BOX 808<br>EAST STROUDSBURG PA 18301-4108 | MOUNTAIN VALLEY ORTHOPEDICS<br>600 PLAZA COURT STE C<br>EAST STROUDSBURG PA 18301-8263 | NATIONAL PENN BANK<br>PHILADELPHIA  READING A<br>BOYERTOWN PA 19512 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NATIONAL RECOVERY AGEN            NATIONAL RECOVERY SEERVICE        NATIONAL RECOVERY SERVICE
2491 PAXTON ST                    2491 PAXTON ST                    2491 PAXTON ST
HARRISBURG PA 17111-1036          HARRISBURG PA 17111-1036          HARRIISBURG PA 17111-1036


NATIONAL RECOVERY SERVICE         NATIONSTAR MORTGAGE LLC           NAVIENT SOLUTIONS INC ON BEHALF OF
2491 PAXTON ST                    PO BOX 619096                     PHEAA
HARRISBURG PA 17111-1036          DALLAS TX 75261-9096              PHEAA
                                                                    PO BOX 8147
                                                                    HARRISBURG PA 17105-8147


NORTHAMPTON CLINIC COMPANY        NORTHAMPTON COUNTY TAX            RICHARD A OHALLORAN
PO BOX 9406                       CLAIM BUREAU                      DINSMORE  SHOHL LLP
BELFAST ME 04915-9406             669 WASHINGTON STREET             1200 LIBERTY RIDGE DRIVE
                                  EASTON PA 18042-7401              SUITE 310
                                                                    WAYNE PA 19087-5570


POCONO AMBULATORY SURGERY CENTER  POCONO CARDIOLOGY                 POCONO IMAGING PARTNER
1 STORM STREET                    200 PLAZA COURT STE C             PO BOX
STROUDSBURG PA 18360-2406         EAST STROUDSBURG PA 18301-8259    EAST STROUDSBURG PA 18301-9629


POCONO IMAGING PARTNER LLP        POCONO MEDICAL CENTER             QUEST DIAGNOSTICS
PO BOX 60                         PO BOX 822009                     PO BOX 7306
EAST STROUDSBURG PA 18301-0060    PHILADELPHIA PA 19182-2009        HOLLISTER MO 65673-7306


RAYMORE AND FLANNIGHAN            HEATHER STACEY RILOFF             SALLIE MAE
PO BOX 130                        MARTHA E VON ROSENSTIEL PC        11100 USA PKWY
LIVERPOOL NY 13088-0130           649 SOUTH AVENUE UNITE 7          FISHERS IN 46037-9203
                                  SECANE PA 19018-3541


SALLIE MAE                        JOSEPH P SCHALK                   SETERUS INC
PO BOX 9500                       BARLEY SNYDER                     14523 SW MILLIKAN WAY ST
WILKES BARRE PA 18773-9500        126 EAST KING STREET              BEAVERTON OR 97005-2352
                                  LANCASTER PA 17602-2893


SETERUS INC                       SETERUS INC                       LISA BETH SINGER
14523 SW MILLIKAN WAY SUITE 200   PO BOX 1047                       ROSICKI ROSICKI AND ASSOCIATES PC
BEAVERTON OR 97005-2352           HARTFORD CT 06143-1047            51 EAST BETHPAGE ROAD
                                                                    PLAINVIEW NY 11803-4224


SPECIALIZED LOAN SERVICING LLC    SPECIALIZED LOAN SERVICING LLC    SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300        8742 LUCENT BLVD SUITE 300        8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH CO 80129-2386     HIGHLANDS RANCH COLORADO 80129-2386  HIGHLANDS RANCH COLORADO 80129
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANN E SWARTZ                          SYNCHRONY BANK                         SYNCHRONY BANK
MCCABE WEISBERG  CONWAY PC            CO PRA RECEIVABLES MANAGEMENT LLC      CO RECOVERY MANAGEMENT SYSTEMS CORP
123 SOUTH BROAD STREET                PO BOX 41021                           25 SE 2ND AVE SUITE 1120
SUITE 2080                            NORFOLK VA 23541-1021                  MIAMI FL 33131-1605
PHILADELPHIA PA 19109-1031


THE BANK OF NEW YORK MELLON FKA THE   THDCBNA                                US BANK TRUST NATIONAL ASSOCIATION
BANK OF                               PO BOX 6497                            CO BSI FINANCIAL SERVICES
MAIL STOP CA6090123                   SIOUX FALLS SD 57117-6497              1425 GREENWAY DRIVE STE 400
400 NATIONAL WAY                                                             IRVING TX 75038-2480
SIMI VALLEY CA 93065-6414


US BANK TRUST NATIONAL ASSOCIATION    US BANK TRUST NATIONAL ASSOCIATION AS  US BANK TRUST NATIONAL ASSOCIATION AS
CO BSI FINANCIAL SERVICES             TRUSTEE OF CHALET SERIES III TRUST     TRUSTEE OF CHALET SERIES III TRUST
1425 GREENWAY DRIVE STE 400           CO SN SERVICING CORPORATION            CO SN SERVICING CORPORATION
IRVING TX 75038                       323 FIFTH STREET                       323 FIFTH STREET
                                      EUREKA CA 95501-0305                   EUREKA CA 95501


UNITED STATES TRUSTEE                 MATTHEW CHRISTIAN WALDT                JAMES WARMBRODT
228 WALNUT STREET SUITE 1190          MILSTEAD  ASSOCIATES LLC               701 MARKET STREET SUITE 5000
HARRISBURG PA 17101-1722              1 EAST STOW RD                         PHILADEPHIA PA 19106-1541
                                      MARLTON NJ 08053-3118


BRADLEY WARREN WEIDENBAUM             CO BSI FINANCIAL SERVICES
PO BOX 721                            1425 GREENWAY DRIVE STE 400
BRODHEADSVILLE PA 18322-0721          IRVING TX 75038-2480
```