# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SALVATORE J. CATALANO, 2ND | | |
| Debtor 1 | Chapter: | 13 |
| SUSAN E. CATALANO | | |
| Debtor 2 | Case No.: | 5-14-bk-04282 RNO |
| SALVATORE J. CATALANO, 2ND SUSAN E. CATALANO | | |
| Movant(s) | Document No.: | 258 |
| vs. | | |
| JPMORGAN CHASE BANK, N.A., as servicer for Wilmington Trust Company, as successor to U.S. Bank, N.A., as Trustee for MASTR Alternative Loan Trust 2004-7 | Nature of Proceeding: | Motion to Shorten Time |
| Respondent(s) | | |

## ORDER

After due consideration of the Debtors' Motion to Shorten Time to Sell Real Property Located at 37 North Green Street East Stroudsburg, PA 18301 ("Motion to Shorten Time"), it is

ORDERED that the Motion to Shorten Time is GRANTED; and,

FURTHER ORDERED that the notice period is shortened to fourteen (14) days; and,

FURTHER ORDERED that the Debtors must file the underlying Motion to Sell Real Property Located at 37 North Green Street, East Stroudsburg, PA, 18301, as a separate docket entry, along with the proposed order, notice to creditors and parties in interest, and certificate of service, no later than Friday, May 10, 2019, at 4:00 p.m.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

May 9, 2019