UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| **SALVATORE J. CATALANO, 2ND,** and | : | Chapter 13 Bankruptcy |
| **SUSAN E. CATALANO,** | : | **Case No. 5:14-bk-04282-RNO** |
| Debtors, | : | |
| vs. | | |
| **CHARLES DEHART, III,** | : | Objection to Motion to Sell |
| **Standing Chapter 13 Trustee,** | : | |
| Respondent, | : | |
| and **All Interested Parties** | : | |

**OBJECTION TO DEBTOR'S MOTION TO SELL REAL PROPERTY LOCATED AT 37 NORTH GREEN STREET, EAST STROUDSBURG, PENNYSLVANIA 18301**

AND NOW COMES, the **MONROE COUNTY TAX CLAIM BUREAU** by and through its Attorneys, NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, with **Objection to Debtor's Motion to Sell Real Property Located at 37 North Green Street, East Stroudsburg, Pennsylvania, 18301,** and in support thereof avers:

1. The property proposed to be sold by the Debtor (the "Subject Property") is situate in Monroe County, Pennsylvania.

2. The **MONROE COUNTY TAX CLAIM BUREAU** has the legal authority and responsibility to collect outstanding and/or overdue real property taxes for properties situate in Monroe County, Pennsylvania.

3. There are substantial real property taxes owed by and against the Subject Property (the "Taxes").

4. The Taxes are a lien against the Subject Property.

5. The Motion of the Debtor does not provide for the full payment of the Taxes.

6. Through April 30, 2019 outstanding taxes against the Subject Property amounted to $1,626.61. Additional interest shall accrue after April 30, 2019, and additional taxes shall become due on July 1, 2019.

WHEREFORE, The MONROE COUNTY TAX CLAIM BUREAU prays this Honorable Court for an Order that denying the Debtor's Motion to Sell Free and Clear of All Liens, unless and until Debtor proposes full payment of all real property taxes owed against the Subject Property from the sale proceeds.

**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**

By: /s/ Vincent Rubino
    Vincent Rubino, Esq.
    Attorney for Debtor
    PO Box 511
    712 Monroe Street
    Stroudsburg, PA 18360
    (570) 421-9090; fax (570) 421-6835
    vrubino@newmanwilliams