# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SALVATORE J. CATALANO, 2ND **Debtor 1** | Chapter: | 13 |
| SUSAN E. CATALANO **Debtor 2** | Case No.: | 5-14-bk-04282 RNO |
| SALVATORE J. CATALANO, 2ND SUSAN E. CATALANO **Movant(s)** | Document No.: | 268 |
| vs. | | |
| CHARLES DEHART, III, STANDING CHAPTER 13 TRUSTEE ALL INTERESTED PARTIES **Respondent(s)** | Nature of Proceeding: | Motion to Shorten Time |

## ORDER

After due consideration of the Motion to Shorten Time ("Motion") filed to Docket No. 268, the Court finds the following:

1. The Motion fails to attach any of the exhibits which were referred to in the Motion.

2. No cause has been stated to shorten the notice period pursuant to F.R.B.P. 2002(a)(2).

Based upon the above findings, it is

ORDERED that the Motion is DENIED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

June 19, 2019

Order – Blank with Parties - Revised 04/18