# IN THE UNITED STATES BANKRUPTCOURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      )
                                            )
SALVATORE J. CATALANO, 2ND       )
SUSAN E. CATALANO                           )        Case No. 5:14-bk-04282-RNO
Movant/Debtors                              )
                                            )        CHAPTER 13
                                            )
vs.                                         )
                                            )
CHARLES DeHART, III                         )
Standing Chapter 13 Trustee                 )        ORDER
Respondent                                  )
                                            )
&                                           )
                                            )
& All Interested Parties                    )
Respondent

## ORDER

Upon consideration of Debtors' Motion to Shorten Notice, it is

ORDERED that the Motion is GRANTED and the notice period is shortened to fourteen

(14) days; and,

FURTHER ORDERED that the Debtors must file the motion for sale and accompanying

documents within two (2) days of the date of this Order.


Dated:   June 20, 2019                      By the Court,

                                            Robert N. Opel, II, Chief Bankruptcy Judge (BI)