# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| SALVATORE J. CATALANO, 2ND | | | |
| | **Debtor 1** | Chapter: | 13 |
| SUSAN E. CATALANO | | | |
| | **Debtor 2** | Case No.: | 5-14-bk-04282 RNO |
| SALVATORE J. CATALANO, 2ND | | | |
| SUSAN E. CATALANO | | | |
| | **Movant(s)** | Document No.: | 272 |
| vs. | | | |
| CHARLES DEHART, III, STANDING CHAPTER 13 TRUSTEE | | Nature of Proceeding: | Order to Show Cause |
| ALL INTERESTED PARTIES | | | |
| | **Respondent(s)** | | |

## ORDER TO APPEAR AND SHOW CAUSE

After review of the Notice of Sale ("Notice") filed to Docket No. 274, the Court finds the following:

1. The Notice fails to comply with Local Bankruptcy Rule ("L.B.R.") 6004-1(c) in that it fails to list the name and address of the seller of the property; and,

2. The Notice fails to comply with L.B.R. 6004-1(c) in that it fails to list the identity of the purchaser and any affiliation or relationship with the debtor or an insider of the debtor.

Based upon the above findings, it is

ORDERED that the Debtors appear and show cause why the Motion for Sale filed to Docket No. 272, should not be dismissed for failure to comply with all the requirements of L.B.R. 6004-1(c); and,

Order – Blank with Parties - Revised 04/18

Case 5:14-bk-04282-RNO    Doc 276    Filed 07/01/19    Entered 07/01/19 11:13:49    Desc
Main Document    Page 1 of 2

FURTHER ORDERED that the show cause hearing is scheduled for **July 31, 2019**, at **9:30 a.m.**, in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania; and,

FURTHER ORDERED that should the Debtors file an amended, conforming notice, then the show cause hearing scheduled for July 31, 2019, at 9:30 a.m. will be canceled and will not be held.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

July 1, 2019