## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **SALVATORE J. CATALANO, 2ND** | ) | |
| **SUSAN E. CATALANO  CASE NO.** | ) | **5-14-bk-04282 RNO** |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **SALVATORE J. CATALANO, 2ND** | ) | |
| **SUSAN E. CATALNO** | ) | **CONCURRENCE** |
| Debtors. | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JPMORGAN CHASE BANK, N.A., as** | ) | |
| **servicer for Wilmington Trust Company, as** | ) | |
| **successor to U.S. Bank, N.A., as Trustee for** | ) | |
| **MASTR Alternative Loan Trust 2004-7** | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **CHARLES DEHART, III** | ) | |
| **Standing Chapter 13 Trustee** | ) | |
| **Respondent** | | |

## CONCURRENCE

## <u>TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT</u>:

I, Bradley Warren Weidenbaum, Esq. certify that I communicated with Vincent Rubino, Esq. on behalf of Monroe County Tax Claim Bureau AND  Kevin F. Frankel, Esq. counsel for J.P. Morgan Chase Bank, N.A. AND THAT the foregoing counsel do concur in debtors' Praecipe to Withdraw Motion to Sell Real Property docketed at 260.

Respectfully submitted this 6th day of September 2019

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514
Counsel for Movant-Debtors