IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| SALVATORE J. CATALANO, 2ND | ) | |
| SUSAN E. CATALANO  CASE NO. | ) | 5-14-bk-04282 RNO |
| Debtors. | ) | |
| | ) | |
| SALVATORE J. CATALANO, 2ND | ) | NOTICE OF |
| SUSAN E. CATALNO | ) | |
| Debtors. | ) | |
| | ) | MOTION TO SELL REAL |
| vs. | ) | PROPERTY "37 N. GREEN ST. |
| | ) | E. STROUDSBURG, PA 18301" |
| JPMORGAN CHASE BANK, N.A., as | ) | 11 U.S.C. §363(b) |
| servicer for Wilmington Trust Company, as | ) | |
| successor to U.S. Bank, N.A., as Trustee for | ) | |
| MASTR Alternative Loan Trust 2004-7 | ) | |
| Respondent(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES DEHART, III | ) | |
| Standing Chapter 13 Trustee | ) | |
| Respondents(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MONROE COUNTY TAX CLAIM | ) | |
| Respondent(s) | ) | |

# NOTICE OF MOTION TO SELL REAL PROPERTY PURSUANT TO 11 U.S.C § 363(b)

**NOTICE IS HEREBY GIVEN THAT MOVANTS SALVATORE CATALANO, 2ND AND SUSAN E. CATALANO ARE REQUESTING THE UNITED STATES BANKRUPTCY COURT'S PERMISSION TO SELL REAL PROPERTY LOCATED AT 37 N. GREEN STREET EAST STROUDSBURG, PENNSYSLANIA PURSUANT TO 11 U.S.C. § 363(b). THE SALE OF THIS PROPERTY IS IN ACCORDANCE WITH DEBTORS'**

CONFIRMED CHAPTER 13 PLAN.  THE PROPERTY IS BEING SOLD FOR A SALES PRICE OF $40,000.00 TO RUDOLF CLARK OF 2256 WALNUT TRAIL, BUSHKILL-PA 18324.  DEBTORS STATE THAT THE SALE OF THE PROPERTY IS AN "ARMS-LENGTH TRANSACTION" ANY OBJECTIONS TO THE SALE OF THIS PROPERTY MUST BE FILED IN WRITING WITH THE UNITED STATES BANKRUPTCY COURT – ATTENTION CLERK OF THE COURT; 197 S. MAIN ST. WILKES-BARRE, PA 180701.  ALL OBJECTIONS MUST BE FILED WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THIS NOTICE AN ORDER OF SALE WILL BE APPROVED BY THE COURT.  ADDITIONAL OFFERS MADE BE MADE THROUGH THE OFFICE OF MCKEOWN REAL ESTATE BY CONTACTING TOM MCKEOWN at 956 N 9th St #1208, Stroudsburg, PA 18360 (570) 424-2762

DATE OF NOTICE:  OCTOBER 28, 2019

INQUIRIES CAN ALSO BE MADE AT
THE LAW OFFICES OF
Bradley Warren Weidenbaum, Esq.
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514