IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| SALVATORE J. CATALANO, 2ND ) | |
| SUSAN E. CATALANO ) | 5-14-bk-04282 RNO |
| Debtors. ) | |
| ) | |
| SALVATORE J. CATALANO, 2ND ) | |
| SUSAN E. CATALNO ) | |
| Debtors. ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JPMORGAN CHASE BANK, N.A., as ) | |
| servicer for Wilmington Trust Company, as ) | |
| successor to U.S. Bank, N.A., as Trustee for ) | |
| MASTR Alternative Loan Trust 2004-7 ) | |
| Respondent(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES DEHART, III ) | |
| Standing Chapter 13 Trustee ) | |
| Respondents(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| MONROE COUNTY TAX CLAIM ) | |
| Respondent(s) ) | |

**ORDER**

And Now this _____ day of _____, 2019 the debtor having filed Notice of Sale Pursuant to 11 U.S.C. § 363(b) for 37 N. Green St. East Stroudsburg, PA 18301, and Movants having evinced service of Notice of Sale; Motion & Proposed Order on all creditors in interest and there being no objection to sale filed with the Court. Movants' motion to sell the aforesaid property is hereby GRANTED. All Pocono Property Abstract is hereby authorized to settle the transaction and distribute the net proceeds to the standing Chapter 13 Trustee, Charles DeHart, III.