IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| SALVATORE J. CATALANO, 2ND ) | |
| SUSAN E. CATALANO ) | Case No. 5-14-bk-04282 RNO |
| Debtors. ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| SALVATORE J. CATALANO, 2ND ) | |
| SUSAN E. CATALNO ) | |
| Debtors. ) | |
| ) | |
| vs. ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., as ) | |
| servicer for Wilmington Trust Company, as ) | |
| successor to U.S. Bank, N.A., as Trustee for ) | |
| MASTR Alternative Loan Trust 2004-7 ) | |
| Respondent(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES DEHART, III ) | |
| Standing Chapter 13 Trustee ) | |
| Respondents(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| MONROE COUNTY TAX CLAIM ) | |
| Respondent(s) ) | |

CERTIFICATE OF SERVICE

I, Bradley Warren Weidenbaum, Esq. hereby certify that I served a true and correct copy of Debtors' Motion to Sell Real Property located at 37 N. Green St. East Stroudsburg, PA 18301; Notice of Sale & Proposed Order on all interested parties listed on the attached creditors matrix on October 28, 2019 via United States Mail, First Class Postage prepaid. I make the foregoing certification under and subject to the Penalty for False Reports, 18 Pa.C.S. § 4904.

Respectfully submitted this 31st day of October 2019

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514