IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SALVATORE J. CATALANO, 2ND | |
| SUSAN E. CATALANO | Case No. 5-14-bk-04282 RNO |
| Debtors. | |
| | AMENDED CERTIFICATE |
| | OF SERVICE |
| SALVATORE J. CATALANO, 2ND | |
| SUSAN E. CATALNO | Served Documents: |
| Debtors. | |
| | 11 U.S.C. 363(b) Motion to Sell Real |
| vs. | Property; Notice of Sale; & Proposed |
| | Order |
| JPMORGAN CHASE BANK, N.A., as | |
| servicer for Wilmington Trust Company, as | |
| successor to U.S. Bank, N.A., as Trustee for | |
| MASTR Alternative Loan Trust 2004-7 | |
| Respondent(s) | |
| vs. | |
| CHARLES DEHART, III | |
| Standing Chapter 13 Trustee | |
| Respondents(s) | |
| vs. | |
| MONROE COUNTY TAX CLAIM | |
| Respondent(s) | |

**AMENDED CERTIFICATE OF SERVICE**

I, Bradley Warren Weidenbaum, Esq. hereby certify that I served a true and correct copy of Debtors' Motion to Sell Real Property located at 37 N. Green St. East Stroudsburg, PA 18301; Notice of Sale & Proposed Order on all creditors, interested parties, and those creditors listed on the attached creditors matrix on October 28, 2019 via United States Mail, First Class Postage prepaid. I make the foregoing certification under and subject to the Penalty for False Reports, 18 Pa.C.S. § 4904.

Respectfully submitted this 1st day of November 2019

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:14-bk-04282-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Sun Oct 27 21:13:49 EDT 2019 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | ANES Spec Bethlehem PC<br>PO Box 64500<br>Souderton, PA 18964-0500 |
| BANK OF AMERICA, N.A.<br>ATTN: BANKRUPTCY DEPT.<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6414 | BANK OF AMERICA, N.A.<br>P.O. BOX 31785<br>TAMPA, FL 33631-3785<br>Last four digits of Acct#: 6925 | Bank of America, N.A.<br>THE BANK OF NEW YORK MELLON FKA THE BANK<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6414 |
| Bank of America, N.A.<br>7105 Corporate Drive<br>Mail Code PTX-B-209<br>Plano, TX 75024-4100 | Bk Of Amer<br>450 American St<br>Simi Valley, CA 93065-6285 | Borough Of East Stroudsburg<br>Annual ResidentailRental<br>PO Box 303<br>East Stroudsburg, PA 18301-0303 |
| Borough Of East Stroudsburg<br>Annual Residental Rental<br>PO Box 303<br>East Stroudsburg, PA 18301-0303 | Borough Of East Stroudsburg<br>PO Box 303<br>East Stroudsburg, PA 18301-0303 | Borough Of East Stroudsburg- Water<br>PO Box 303<br>East Stroudsburg, PA 18301-0303 |
| Borough Of POrtland- Garbage<br>PO Box 477 Division Street<br>Portland, PA 18351-0477 | Borough Of Portland- Sewer<br>PO Box 476 Division Street<br>Portland, PA 18351-0476 | Borough Of Portland-Water<br>PO Box 476 Division St<br>Portland, PA 18351-0476 |
| Borough of East Stroudsburg<br>17 N 6th Street<br>Stroudsburg, PA 18360-2177 | Bourough Of Portland-Water<br>PO Box 476 Division Street<br>Portland, PA 18351-0476 | Bradley Warren Weidenbaum<br>13 Scott St<br>Brodheadsville,, PA 18322-0000 |
| Brodhead Creek Regional Authority<br>410 Mill Creek Road<br>East Stroudsburg, PA 18301-1126 | Matthew Gregory Brushwood<br>Phelan Hallinan & Schmieg LLP<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103-1814 | CLMG Corp<br>7195 Dallas Parkway<br>Plano, TX 75024-4922 |
| CXA-16 Corporation<br>c/o CLMG Corp.<br>7195 Dallas Parkway<br>Plano, TX 75024-4922 | CXA-16 Corporation<br>c/o CLMG Corp.<br>Attn: Stuart Miles<br>7195 Dallas Parkway<br>Plano, TX 75024-4922 | Susan E. Catalano<br>162 Analomink St.<br>East Stroudsburg, PA 18301-2624 |
| Catalano Salvatore J 2nd<br>162 Analomink Street<br>East Stroudsburg, PA 18301-2624 | Catalano Susan E<br>162 Analomink Street<br>East Stroudsburg, PA 18301-2624 | Salvatore J. Catalano, 2nd<br>162 Analomink St.<br>East Stroudsburg, PA 18301-2624 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |

| | | |
|---|---|---|
| J. Zac Christman<br>530 Main Street<br>Stroudsburg, PA 18360-2004 | County Of Northampton Tax Claim Bur<br>669 Washington Street<br>Easton, PA 18042-7401 | Ross G. Currie<br>Mitts Law, LLC<br>1822 Spruce Street<br>Philadelphia, PA 19103-6603 |
| Jeniece Davis<br>Martha E. VonRosenstiel, P.C.<br>649 South Avenue, Suite 7<br>Secane, PA 19018-3541 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Christopher A DeNardo<br>Shapiro and DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 |
| Celine P DerKrikorian<br>McCabe, Weisberg and Conway, P.C.<br>123 South Broad Street, Suite 1400<br>Philadelphia, PA 19109-1060 | Joseph Angelo Dessoye<br>Phelan Hallinan, LLP<br>1617 JFK BLVD, Suite 1400<br>Philadelphia, PA 19103-1814 | Kim M Diddio<br>17 N. 6th Street<br>Stroudsburg, PA 18360-2177 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 30943<br>Salt Lake City, UT 84130-0943 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408<br>ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | East Stroudsburg Borough<br>PO Box 303<br>East Stroudsburg, PA 18301-0303 | Easton Hospital<br>PO Box 503786<br>St. Louis, MO  63150-3786 |
| EverBank<br>301 West Bay Street<br>Jacksonville, FL 32202-5180 | EverBank<br>301 West Bay Street<br>Jacksonville, Florida 32202-5180 | EverHome<br>301 West Bay Street<br>Jacksonville, FL 32202-5184 |
| Everhome Mortgage Co<br>301 W Bay St<br>Jacksonville, FL 32202-5184 | Everhome Mortgage Co<br>301 W. Bay Street<br>Jackson, FL 32202-5184 | Federal National Mortgage Association<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Federal National Mortgage Association<br>c/o Rosicki, Rosicki & Associates<br>51 E. Bethpage Road<br>Plainview, NY 11803-4224 | Kevin S Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King Of Prussia, PA 19406-4702 | Alexandra Teresa Garcia<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| Andrew Ryan Garcia<br>Bank of America<br>16001 North Dallas Pkwy<br>Addison, TX 75001-3311 | Michael A Gaul<br>King, Spry, Herman, Freund & Faul, LLC<br>One West Broad Street<br>Suite 700<br>Bethlehem, PA 18018-5783 | Andrew Goldberg<br>Rosicki, Rosicki and Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 |
| (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Green Tree Servicing, LLC<br>PO Box 44265<br>Jacksonville, FL 32231-4265 |

| | | |
|---|---|---|
| Green Tree Servicing, LLC<br>PO Box 44265<br>Jacksonville, FL 32231-4265<br>Green Tree Servicing, LLC<br>PO Box 44265<br>Jacksonville, FL 32231-4265 | Mario John Hanyon<br>Phelan Hallinan & Schmieg<br>1617 JFK BLVD<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Joel M Helmrich<br>Dinsmore & Shohl<br>One Oxford Centre, Suite 2800<br>Pittsburgh, PA 15219-1400 |
| Home Depot<br>PO Box 183175<br>Columbus, OH  43218-3175 | Home Depot<br>PO Box 790328<br>St Louis, MO 63179-0328 | LeeAne O Huggins<br>Shapiro and DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 |
| Khurram Ishaq<br>Bank of America<br>16001 N Dallas Pkwy<br>Addison, TX 75001-3311 | JPMorgan Chase Bank, National Association et<br>3415 Vision Drive, Columbus, Ohio 43219 | JPMorgan Chase Bank, National Association et<br>Attn: Correspondence Mail, Mail code LA4<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| KNBT a division of<br>National Penn Bank<br>645 Hamilton St Ste 700<br>Allentown, PA 18101-2196 | (c)KELLER WILLIAMS REAL ESTATE<br>639 MAIN ST STE 320<br>STROUDSBURG PA   18360-2030 | LNV Corporation<br>c/o Joel M. Helmrich, Esquire<br>Dinsmore & Shohl LLP<br>One Oxford Centre, Suite 2800<br>Pittsburgh, PA 15219-1400 |
| Kristen D Little<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | Loews<br>PO Box 530970<br>Atlanta, GA  30353-0970 | Michael C Mazack<br>The Lynch Law Group<br>501 Smith Dr Ste 3<br>Cranberry Township, PA 16066-4133 |
| Medical Data Systems I<br>645 Walnut St Ste 5<br>Gadsden, AL 35901-4173 | Medical Review Services<br>645 Waknut Street Ste 5<br>Gadsden, AL 35901-4173 | Monroe County Tax Claim<br>One Quaker Plaza Rm 104<br>Stroudsburg, PA 18360-2195 |
| Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360-2141 | Monroe Pathologist PC<br>PO Box 808<br>East Stroudsburg, PA 18301-4108 | Mountain Valley Orthopedics<br>600 Plaza Court Ste C<br>East Stroudsburg, PA 18301-8263 |
| National Penn Bank<br>Philadelphia & Reading A<br>Boyertown, PA  19512 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 | National Recovery Seervice<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| National Recovery Service<br>2491 Paxton St<br>Harriisburg, PA 17111-1036 | National Recovery Service<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Navient Solutions, Inc. on behalf of PHEAA<br>PHEAA<br>P.O. Box 8147<br>Harrisburg, PA 17105-8147 | Northampton Clinic Company<br>PO Box 9406<br>Belfast, ME  04915-9406 | Northampton County Tax<br>Claim Bureau<br>669 Washington Street<br>Easton, PA 18042-7401 |

| | | |
|---|---|---|
| Richard A O'Halloran<br>Dinsmore & Shohl LLP<br>1200 Liberty Ridge Drive<br>Suite 310<br>Wayne, PA 19087-5570 | Pocono Ambulatory Surgery Center<br>1 Storm Street<br>Stroudsburg, PA 18360-2406 | Pocono Cardiology<br>200 Plaza Court Ste C<br>East Stroudsburg, PA 18301-8259 |
| Pocono Imaging Partner<br>PO Box<br>East Stroudsburg, PA 18301-9629 | Pocono Imaging Partner LLP<br>PO Box 60<br>East Stroudsburg, PA 18301-0060 | Pocono Medical Center<br>PO Box 822009<br>Philadelphia, PA 19182-2009 |
| Quest Diagnostics<br>PO Box 7306<br>Hollister, MO 65673-7306 | Raymore And Flannighan<br>PO Box 130<br>Liverpool, NY 13088-0130 | Heather Stacey Riloff<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue, Unite 7<br>Secane, PA 19018-3541 |
| Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | Sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Joseph P Schalk<br>Barley Snyder<br>126 East King Street<br>Lancaster, PA 17602-2893 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Lisa Beth Singer<br>Rosicki Rosicki and Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| Ann E. Swartz<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 2080<br>Philadelphia, PA 19109-1031 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6414 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 |
| U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038<br>U.S. Bank Trust National Association<br>c/o BSI Financial Services 75038-2480 | U.S. Bank Trust National Association as<br>Trustee of Chalet Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | U.S. Bank Trust National Association as<br>Trustee of Chalet Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501<br>U.S. Bank Trust National Association as 9550 |
| U.S.Bank Trust, National Assotication as Tru<br>U.S. Bank Trust, N.A. as Trustee<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Matthew Christian Waldt<br>Milstead & Associates LLC<br>1 East Stow Rd<br>Marlton, NJ 08053-3118 |

| | | |
|---|---|---|
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | Bradley Warren Weidenbaum<br>PO Box 721<br>Brodheadsville, PA 18322-0721 | c/o BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038-2480 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Green Tree Servicing, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Telephone number: 888-298-7785 | Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | (d)Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |
| (d)Nationstar Mortgage, LLC.<br>PO Box 619096<br>Dallas, TX 75261-9741 | Seterus Inc<br>14523 Sw Millikan Way St<br>Beaverton, OR 97005 | (d)Seterus Inc.<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005 |
| (d)Seterus, Inc.<br>P.O. Box 1047<br>Hartford, CT 06143-1047 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Green Tree Servicing L<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Keller Williams Real Estate<br>637 Main Street<br>Stroudsburg, PA 18360 | Monroe County Tax Claim<br>1 Quaker Plaza Rm 104<br>Stroudsburg, PA 18360 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)BANK OF AMERICA, N.A.<br>P.O. BOX 31785<br>TAMPA, FL 33631-3785<br>Last four digits of Acct#: 6925<br>BANK OF AMERICA, N.A.<br>P.O. BOX 31785 | (u)Borough of Portland<br>PO Box 476<br>Division Street<br>Portland |
| (u)CXA-16 Corporation | (u)CitiMortgage, Inc. | (u)Ditech Financial LLC |

| | | |
|---|---|---|
| (u)Ditech Financial LLC et. al. | (u)Ditech Financial LLC f/k/a Green Tree Serv | (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| (u)EverBank | (u)Federal National Mortgage Association (FNM | (u)Federal National Mortgage Association (FNM |
| (u)Green Tree Servicing LLC | (u)JPMorgan Chase Bank, NA | (u)JPMorgan Chase Bank, National Association |
| (u)LNV CORPORATION | (d)Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360-2141 | (u)NATIONSTAR MORTGAGE LLC |
| (u)Portland Borough Authority<br>PO Box 572<br>Portland | (u)Seterus, Inc. | (u)Seterus, Inc. as the authorized subservice |
| (du)Seterus, Inc. as the authorized subservic | (d)THE BANK OF NEW YORK MELLON FKA THE BANK O<br>MAIL STOP CA6-09-01-23<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6414 | (u)The Bank of New York Mellon, et. al. |
| (u)U.S. Bank Trust N.A. as Trustee for the Ch<br>c/o SN Servicing Corporation, 7114 E. St | (u)U.S. Bank Trust National Association, as T | (u)U.S. Bank Trust, N.A. as Trustee for the C |