Certificate Number: 03088-PAM-DE-034756225

Bankruptcy Case Number: 14-04282


03088-PAM-DE-034756225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2020, at 12:55 o'clock PM CDT, Salvatore J Catalano, 2nd completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 9, 2020

By: /s/Lorenza Rodriguez for Doug Tonne

Name: Doug Tonne

Title: Counselor