In re:                                                          Case No. 14-04282-RNO
Salvatore J. Catalano, 2nd                                      Chapter 13
Susan E. Catalano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 5            Date Rcvd: Aug 31, 2020
                           Form ID: 3180W         Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.

```
db/jdb      +Salvatore J. Catalano, 2nd,   Susan E. Catalano,   162 Analomink St.,
             East Stroudsburg, PA 18301-2624
aty         +Andrew Ryan Garcia,  Bank of America,  16001 North Dallas Pkwy,  Addison, TX 75001-3311
aty         +Borough of East Stroudsburg,   17 N 6th Street,   Stroudsburg, PA 18360-2177
cr           Federal National Mortgage Association,   PO Box 1047,  Hartford, CT  06143-1047
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates,
             51 E. Bethpage Road,  Plainview, NY 11803-4224
r         ++++KELLER WILLIAMS REAL ESTATE,   639 MAIN ST STE 320,  STROUDSBURG PA  18360-2030
             (address filed with court: Keller Williams Real Estate,   637 Main Street,
             Stroudsburg, PA 18360)
cr          +Specialized Loan Servicing LLC,  8742 Lucent Blvd, Suite 300,  Highlands Ranch, CO 80129-2386
4546394     +ANES Spec Bethlehem PC,   PO Box 64500,  Souderton, PA 18964-0500
4546400     +Borough Of POrtland- Garbage,   PO Box 477 Division Street,  Portland, PA 18351-0477
4546401     +Borough Of Portland- Sewer,   PO Box 476 Division Street,  Portland, PA 18351-0476
4546402     +Borough Of Portland-Water,   PO Box 476 Division St.,  Portland, PA 18351-0476
4546403     +Bourough Of Portland-Water,   PO Box 476 Division Street,  Portland, PA 18351-0476
4546393      Bradley Warren Weidenbaum,   13 Scott St,  Broadheadsville, PA  18322-0000
4546408     +CLMG Corp,   7195 Dallas Parkway,  Plano, TX 75024-4922
4782365     +CXA-16 Corporation,   c/o CLMG Corp.,   7195 Dallas Parkway,  Plano, TX 75024-4922
4857517     +CXA-16 Corporation,   c/o CLMG Corp.,   Attn: Stuart Miles,  7195 Dallas Parkway,
             Plano, TX 75024-4922
4546391     +Catalano Salvatore J 2nd,   162 Analomink Street,  East Stroudsburg, PA 18301-2624
4546392     +Catalano Susan E,   162 Analomink Street,  East Stroudsburg, PA 18301-2624
4580879     #CitiMortgage, Inc.,   P.O. Box 688971,  Des Moines, IA  50368-8971
4546409     +County Of Northampton Tax Claim Bur,   669 Washington Street,  Easton, PA 18042-7401
4546411      Easton Hospital,   PO Box 503786,  St. Louis, MO  63150-3786
4589339     +EverHome,   301 West Bay Street,  Jacksonville, FL 32202-5184
4596981     ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,  RAPID CITY SD 57709-6154
             (address filed with court: Green Tree Servicing, LLC,   P.O. Box 6154,
             Rapid City, SD 57709-6154,  Telephone number: 888-298-7785)
4641364      Green Tree Servicing, LLC,   PO Box 44265,  Jacksonville, FL 32231-4265
4641365      Green Tree Servicing, LLC,   PO Box 44265,  Jacksonville, FL 32231-4265,
             Green Tree Servicing, LLC,   PO Box 44265,  Jacksonville, FL 32231-4265
4546415     +Home Depot,   PO Box 790328,  St Louis, MO 63179-0328
4546416      Home Depot,   PO Box 183175,  Columbus, OH  43218-3175
4585558      JPMorgan Chase Bank, National Association et al.,   3415 Vision Drive, Columbus, Ohio 43219
4601521     +KNBT a division of,  National Penn Bank,   645 Hamilton St Ste 700,  Allentown, PA 18101-2196
4581000     +LNV Corporation,   c/o Joel M. Helmrich, Esquire,  Dinsmore & Shohl LLP,
             One Oxford Centre, Suite 2800,  Pittsburgh, PA 15219-1400
4546418     +Medical Data Systems I,   645 Walnut St Ste 5,  Gadsden, AL 35901-4173
4546419     +Medical Review Services,   645 Waknut Street Ste 5,  Gadsden, AL 35901-4173
4546421     +Monroe Pathologist PC,   PO Box 808,  East Stroudsburg, PA 18301-4108
4546422     +Mountain Valley Orthopedics,   600 Plaza Court Ste C,  East Stroudsburg, PA 18301-8263
4729864     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,  DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,  Dallas, TX 75261-9741)
4546423      National Penn Bank,   Philadelphia & Reading A,  Boyertown, PA 19512
4558562     +Navient Solutions, Inc. on behalf of PHEAA,   PHEAA,   P.O. Box 8147,
             Harrisburg, PA 17105-8147
5342895      New Residential Mortgage LLC,   P.O. Box 10826,  Greenville, SC 29603-0826
5342896      New Residential Mortgage LLC,   P.O. Box 10826,  Greenville, SC 29603-0826,
             New Residential Mortgage LLC,   P.O. Box 10826,  Greenville, SC 29603-0826
4546428      Northampton Clinic Company,   PO Box 9406,  Belfast, ME 04915-9406
4614877     +Northampton County Tax,   Claim Bureau,   669 Washington Street,  Easton, PA 18042-7401
4546429     +Pocono Ambulatory Surgery Center,   1 Storm Street,  Stroudsburg, PA 18360-2406
4546430      Pocono Cardiology,   200 Plaza Court Ste C,  East Stroudsburg, PA 18301-8259
4546431      Pocono Imaging Partner,   PO Box,  East Stroudsburg, PA 18301-9629
4546432     +Pocono Imaging Partner LLP,   PO Box 60,  East Stroudsburg, PA 18301-0060
4546433      Pocono Medical Center,   PO Box 822009,  Philadelphia, PA 19182-2009
4546434      Quest Diagnostics,   PO Box 7306,  Hollister, MO  65673-7306
4546435      Raymore And Flannighan,   PO Box 130,  Liverpool, NY  13088-0130
4546438     ++SETERUS INC,   PO BOX 619096,  DALLAS TX 75261-9096
             (address filed with court: Seterus Inc,  14523 Sw Millikan Way St,  Beaverton, OR  97005)
4989822     +Specialized Loan Servicing LLC,  8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
4989823     +Specialized Loan Servicing LLC,  8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,  Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,  Highlands Ranch, Colorado 80129-2386
5087726     +U.S. Bank Trust National Association,   c/o BSI Financial Services,
             1425 Greenway Drive, Ste 400,  Irving, TX 75038-2480
5087727     +U.S. Bank Trust National Association,   c/o BSI Financial Services,
             1425 Greenway Drive, Ste 400,  Irving, TX 75038,   U.S. Bank Trust National Association,
             c/o BSI Financial Services 75038-2480
5180286     +c/o BSI Financial Services,  1425 Greenway Drive, Ste. 400,  Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr           +EDI: BANKAMER.COM Aug 31 2020 23:18:00     Bank of America, N.A.,
             THE BANK OF NEW YORK MELLON FKA THE BANK,   MAIL STOP CA6-09-01-23,  400 NATIONAL WAY,
             SIMI VALLEY, CA 93065-6414
cr           +EDI: BANKAMER.COM Aug 31 2020 23:18:00     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
             MAIL STOP CA6-09-01-23,  400 NATIONAL WAY,  SIMI VALLEY, CA 93065-6414
cr           +E-mail/Text: bknotices@snsc.com Aug 31 2020 19:24:00
             U.S.Bank Trust, National Assotication as Trustee o,  U.S. Bank Trust, N.A. as Trustee,
             c/o SN Servicing Corporation,  323 Fifth Street,  Eureka, CA 95501-0305
4976038       EDI: BANKAMER.COM Aug 31 2020 23:18:00     BANK OF AMERICA, N.A.,  P.O. BOX 31785,
             TAMPA, FL 33631-3785,  Last four digits of Acct#: 6925
4573269      +EDI: BANKAMER.COM Aug 31 2020 23:18:00     BANK OF AMERICA, N.A.,  ATTN: BANKRUPTCY DEPT.,
             MAIL STOP CA6-09-01-23,  400 NATIONAL WAY,  SIMI VALLEY, CA 93065-6414
4547467      +EDI: BANKAMER.COM Aug 31 2020 23:18:00     Bank of America, N.A.,  7105 Corporate Drive,
             Mail Code PTX-B-209,  Plano, TX 75024-4100
4546395      +EDI: BANKAMER.COM Aug 31 2020 23:18:00     Bk Of Amer,  450 American St,
             Simi Valley, CA 93065-6285
4546404      +E-mail/Text: bcra@ptd.net Aug 31 2020 19:23:36     Brodhead Creek Regional Authority,
             410 Mill Creek Road,  East Stroudsburg, PA 18301-1126
4549464       EDI: DISCOVER.COM Aug 31 2020 23:18:00     Discover Bank,  DB Servicing Corporation,
             PO Box 3025,  New Albany, OH  43054-3025
4546410      +EDI: DISCOVER.COM Aug 31 2020 23:18:00     Discover Fin Svcs Llc,  Po Box 30943,
             Salt Lake City, UT 84130-0943
4847961       EDI: ECMC.COM Aug 31 2020 23:18:00     ECMC,  PO Box 16408,  St. Paul, MN 55116-0408
4847962       EDI: ECMC.COM Aug 31 2020 23:18:00     ECMC,  PO Box 16408,  St. Paul, MN 55116-0408,  ECMC,
             PO Box 16408,  St. Paul, MN 55116-0408
4546412      +E-mail/Text: BKMail@tiaabank.com Aug 31 2020 19:23:27     Everhome Mortgage Co,
             301 W. Bay Street,  Jackson, FL 32202-5184
4546413      +E-mail/Text: BKMail@tiaabank.com Aug 31 2020 19:23:27     Everhome Mortgage Co,  301 W Bay St,
             Jacksonville, FL 32202-5184
4546414       EDI: RMSC.COM Aug 31 2020 23:18:00     Green Tree Servicing L,  332 Minnesota St Ste 610,
             Saint Paul, MN  55101
4546407       EDI: JPMORGANCHASE Aug 31 2020 23:18:00     Chase,  PO Box 15153,  Wilmington, DE  19886-5153
4546405       EDI: JPMORGANCHASE Aug 31 2020 23:18:00     Chase,  PO Box 15298,  Wilmington, DE  19850
4546406       EDI: JPMORGANCHASE Aug 31 2020 23:18:00     Chase,  Po Box 24696,  Columbus, OH  43224
4655421       EDI: JPMORGANCHASE Aug 31 2020 23:18:00     JPMorgan Chase Bank, National Association et al.,
             Attn: Correspondence Mail, Mail code LA4,  700 Kansas Lane,  Monroe, LA 71203
4546417       EDI: RMSC.COM Aug 31 2020 23:18:00     Loews,  PO Box 530970,  Atlanta, GA  30353-0970
4546420      +E-mail/Text: MKnitter@monroecountypa.gov Aug 31 2020 19:23:47     Monroe County Tax Claim,
             One Quaker Plaza Rm 104,  Stroudsburg, PA 18360-2195
4559995      +E-mail/Text: MKnitter@monroecountypa.gov Aug 31 2020 19:23:47
             Monroe County Tax Claim Bureau,  1 Quaker Plaza, Room 104,  Stroudsburg, PA 18360-2141
4546424      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2020 19:24:03     National Recovery Agen,
             2491 Paxton St,  Harrisburg, PA 17111-1036
4546425      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2020 19:24:03     National Recovery Seervice,
             2491 Paxton St,  Harrisburg, PA 17111-1036
4546427      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2020 19:24:03     National Recovery Service,
             2491 Paxton St,  Harrisburg, PA 17111-1036
4546426      +E-mail/Text: Bankruptcies@nragroup.com Aug 31 2020 19:24:03     National Recovery Service,
             2491 Paxton St,  Harriisburg, PA 17111-1036
4546436      +EDI: NAVIENTFKASMERV.COM Aug 31 2020 23:18:00     Sallie Mae,  11100 Usa Pkwy,
             Fishers, IN 46037-9203
4546437      +EDI: NAVIENTFKASMSRV.COM Aug 31 2020 23:18:00     Sallie Mae,  Po Box 9500,
             Wilkes Barre, PA 18773-9500
4597032       EDI: RMSC.COM Aug 31 2020 23:18:00     Synchrony Bank,  c/o Recovery Management Systems Corp,
             25 SE 2nd Ave Suite 1120,  Miami FL 33131-1605
5005867      +EDI: RMSC.COM Aug 31 2020 23:18:00     Synchrony Bank,  c/o PRA Receivables Management, LLC,
             PO Box 41021,  Norfolk, VA 23541-1021
4560125       E-mail/Text: BKMail@tiaabank.com Aug 31 2020 19:23:27     EverBank,  301 West Bay Street,
             Jacksonville, FL 32202
4579420       E-mail/Text: BKMail@tiaabank.com Aug 31 2020 19:23:27     EverBank,  301 West Bay Street,
             Jacksonville, Florida 32202
4546439      +EDI: CITICORP.COM Aug 31 2020 23:18:00     Thd/cbna,  Po Box 6497,
             Sioux Falls, SD 57117-6497
5158277      +E-mail/Text: bknotices@snsc.com Aug 31 2020 19:24:00
             U.S. Bank Trust National Association as,  Trustee of Chalet Series III Trust,
             c/o SN Servicing Corporation,  323 Fifth Street,  Eureka, CA 95501-0305
5158278      +E-mail/Text: bknotices@snsc.com Aug 31 2020 19:24:00
             U.S. Bank Trust National Association as,  Trustee of Chalet Series III Trust,
             c/o SN Servicing Corporation,  323 Fifth Street,  Eureka, CA 95501,
             U.S. Bank Trust National Association as 95501-0305
                                                                                TOTAL: 35
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Borough of Portland,   PO Box 476,   Division Street,   Portland
cr               JPMorgan Chase Bank, NA
cr               U.S. Bank Trust National Association, as Trustee o
4976039          BANK OF AMERICA, N.A.,   P.O. BOX 31785,   TAMPA, FL 33631-3785,
                 Last four digits of Acct#: 6925,   BANK OF AMERICA, N.A.,   P.O. BOX 31785
4774285          Seterus, Inc. as the authorized subservicer for Fe
5205040          U.S. Bank Trust N.A. as Trustee for the Chalet Ser,   c/o SN Servicing Corporation, 7114 E. St
5205041          U.S. Bank Trust, N.A. as Trustee for the Chalet Se
5205042          U.S. Bank Trust, N.A. f/b/o Chalet Series III Trus
5205064          US Bank Trust N.A. f/b/o Chalet Series III
cr*              +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*              +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*              +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*              ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
cr*              ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
cr*              +New Residential Mortgage LLC,   PO Box 10826,   Greenville, SC 29603-0826
cr*              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
cr*              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY,   SIMI VALLEY, CA 93065-6414
4729870*         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
4729865*         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
4729871*         ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
4862008*         ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Seterus Inc.,   14523 SW Millikan Way, Suite 200,
                 Beaverton, OR 97005)
4596596*         ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Seterus, Inc.,   P.O. Box 1047,   Hartford, CT  06143-1047)
5089408*         +U.S. Bank Trust National Association,   c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,   Irving, TX 75038,   U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480
5089407*         +U.S. Bank Trust National Association,   c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
4546396          ##+Borough Of East Stroudsburg,   PO Box 303,   East Stroudsburg, PA 18301-0303
4546397          ##+Borough Of East Stroudsburg,   Annual ResidentailRental,   PO Box 303,
                 East Stroudsburg, PA 18301-0303
4546398          ##+Borough Of East Stroudsburg,   Annual Residental Rental,   PO Box 303,
                 East Stroudsburg, PA 18301-0303
4546399          ##+Borough Of East Stroudsburg- Water,   PO Box 303,   East Stroudsburg, PA 18301-0303
4579088          ##East Stroudsburg Borough,   PO Box 303,   East Stroudsburg, PA 18301-0303
                                                                              TOTALS: 9, * 16, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

    Alexandra Teresa Garcia   on behalf of Creditor   Federal National Mortgage Association (FNMA)
     ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
    Alexandra Teresa Garcia   on behalf of Creditor   Federal National Mortgage Association (FNMAT)
     ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
    Andrew  Goldberg   on behalf of Creditor   Federal National Mortgage Association
     Bkmail@rosicki.com
    Ann E. Swartz   on behalf of Creditor   Federal National Mortgage Association ecfmail@mwc-law.com,
     ecfmail@ecf.courtdrive.com
    Bradley Warren Weidenbaum   on behalf of Debtor 1 Salvatore J. Catalano, 2nd
     weidenbaumlaw@gmail.com,  G25181@notify.cincompass.com
    Bradley Warren Weidenbaum   on behalf of Debtor 2 Susan E. Catalano weidenbaumlaw@gmail.com,
     G25181@notify.cincompass.com
    Celine P DerKrikorian   on behalf of Creditor   Seterus, Inc. ecfmail@mwc-law.com
    Celine P DerKrikorian   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com
    Celine P DerKrikorian   on behalf of Creditor   EverBank ecfmail@mwc-law.com
    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    Christopher A DeNardo   on behalf of Creditor   EverBank pabk@logs.com
    Christopher A DeNardo   on behalf of Creditor   JPMorgan Chase Bank, National Association et
     al... pabk@logs.com
    Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
     Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
     heather@mvrlaw.com,  Michelle@mvrlaw.com
    J. Zac Christman   on behalf of Creditor   Monroe County Tax Claim Bureau zac@fisherchristman.com,
     office@fisherchristman.com
    J. Zac Christman   on behalf of Attorney   Borough of East Stroudsburg zac@fisherchristman.com,
     office@fisherchristman.com
    James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
    James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
    Jeniece  Davis   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal
     National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
     bonnie@mvrlaw.com
    Joel M Helmrich   on behalf of Creditor   LNV CORPORATION joel.helmrich@dinsmore.com,
     diane.brink@dinsmore.com
    Joseph Angelo Dessoye   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing
     LLC pamb@fedphe.com
    Joseph P Schalk   on behalf of Creditor   Ditech Financial LLC et. al. joseph.schalk@usdoj.gov
    Joseph P Schalk   on behalf of Creditor   The Bank of New York Mellon, et. al.
     joseph.schalk@usdoj.gov
    Joseph P Schalk   on behalf of Creditor   Green Tree Servicing LLC joseph.schalk@usdoj.gov
    Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
    Kevin S Frankel   on behalf of Creditor   EverBank pa-bk@logs.com
    Kevin S Frankel   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
    Kevin S Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association et al...
     pa-bk@logs.com
    Khurram  Ishaq   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
     TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST,
     SERIES 2007-G khurram.ishaq@bankofamerica.com
    Kim M Diddio   on behalf of Attorney   Borough of East Stroudsburg kdiddio@diddiolaw.com,
     kdiddio@gmail.com;r52326@notify.bestcase.com
    Kristen D Little   on behalf of Creditor   EverBank pabk@logs.com,  klittle@logs.com
    LeeAne O Huggins   on behalf of Creditor   JPMorgan Chase Bank, National Association et al...
     pabk@logs.com
    LeeAne O Huggins   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
    LeeAne O Huggins   on behalf of Creditor   EverBank pabk@logs.com
    Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association
     bkmail@rosicki.com
    Mario John Hanyon   on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
          Matthew Gregory Brushwood    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
          Michael A Gaul    on behalf of Creditor    Portland Borough Authority mag@kingspry.com,
            robin@kingspry.com
          Michael A Gaul    on behalf of Creditor    Borough of Portland mag@kingspry.com,   robin@kingspry.com
          Michael C Mazack    on behalf of Creditor    U.S.Bank Trust, National Assotication as Trustee of
            the Chalet Series III Trust mmazack@lynchlaw-group.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Richard A O'Halloran    on behalf of Creditor    CXA-16 Corporation richard.ohalloran@dinsmore.com,
            lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
            dinsmore.com
          Richard A O'Halloran    on behalf of Creditor    LNV CORPORATION richard.ohalloran@dinsmore.com,
            lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
            dinsmore.com
          Ross G. Currie    on behalf of Creditor    LNV CORPORATION ross.currie@dinsmore.com,
            brianna.dinmore@dinsmore.com
          Ross G. Currie    on behalf of Creditor    CXA-16 Corporation ross.currie@dinsmore.com,
            brianna.dinmore@dinsmore.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent Rubino    on behalf of Creditor    Monroe County Tax Claim Bureau
            lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
            anwilliams.com;swiggins@newmanwilliams.com
                                                                                          TOTAL: 48

| | | | |
|---|---|---|---|
| Debtor 1 | Salvatore J. Catalano, 2nd | Social Security number or ITIN | xxx–xx–0794 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Susan E. Catalano | Social Security number or ITIN | xxx–xx–7911 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:14–bk–04282–RNO

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Salvatore J. Catalano, 2nd

Susan E. Catalano

**By the court:**

*[signature: Robt N. Opel II]*

8/31/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:14-bk-04282-RNO    Doc 310    Filed 09/02/20    Entered 09/03/20 00:33:53    Desc
Imaged Certificate of Notice    Page 7 of 7