```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 14-04282-RNO
Salvatore J. Catalano, 2nd                                          Chapter 13
Susan E. Catalano
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 2           Date Rcvd: Sep 15, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb         +Salvatore J. Catalano, 2nd,    Susan E. Catalano,   162 Analomink St.,
                East Stroudsburg, PA 18301-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMAT)
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Federal National Mortgage Association (FNMA)
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Andrew   Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Bradley Warren Weidenbaum    on behalf of Debtor 1 Salvatore J. Catalano, 2nd
               weidenbaumlaw@gmail.com,   G25181@notify.cincompass.com
              Bradley Warren Weidenbaum     on behalf of Debtor 2 Susan E. Catalano weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Celine P DerKrikorian    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Seterus, Inc. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    EverBank pabk@logs.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et
               al... pabk@logs.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              J. Zac Christman    on behalf of Creditor    Monroe County Tax Claim Bureau zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Attorney    Borough of East Stroudsburg zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeniece  Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joel M Helmrich    on behalf of Creditor    LNV CORPORATION joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com
              Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing
               LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC et. al. joseph.schalk@usdoj.gov,
               ustpregion03.ha.ecf@usdoj.gov
              Joseph P Schalk    on behalf of Creditor    The Bank of New York Mellon, et. al.
               joseph.schalk@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC joseph.schalk@usdoj.gov,
 ustpregion03.ha.ecf@usdoj.gov
Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
Kevin S Frankel    on behalf of Creditor    EverBank pa-bk@logs.com
Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association et al...
 pa-bk@logs.com
Khurram Ishaq    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
 TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST,
 SERIES 2007-G khurram.ishaq@bankofamerica.com
Kim M Diddio    on behalf of Attorney    Borough of East Stroudsburg kdiddio@diddiolaw.com,
 kdiddio@gmail.com;r52326@notify.bestcase.com
Kristen D Little    on behalf of Creditor    EverBank pabk@logs.com,  klittle@logs.com
LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association et al...
 pabk@logs.com
LeeAne O Huggins    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
LeeAne O Huggins    on behalf of Creditor    EverBank pabk@logs.com
Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
 bkmail@rosicki.com
Mario John Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
Matthew Christian Waldt    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
 bkecf@milsteadlaw.com
Matthew Gregory Brushwood    on behalf of Creditor    Green Tree Servicing LLC pamb@fedphe.com
Michael A Gaul    on behalf of Creditor    Portland Borough Authority mag@kingspry.com,
 robin@kingspry.com
Michael A Gaul    on behalf of Creditor    Borough of Portland mag@kingspry.com,  robin@kingspry.com
Michael C Mazack    on behalf of Creditor    U.S.Bank Trust, National Assotication as Trustee of
 the Chalet Series III Trust mmazack@lynchlaw-group.com
Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
Richard A O'Halloran    on behalf of Creditor    CXA-16 Corporation richard.ohalloran@dinsmore.com,
 lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
 dinsmore.com
Richard A O'Halloran    on behalf of Creditor    LNV CORPORATION richard.ohalloran@dinsmore.com,
 lindsey.hoelzle@dinsmore.com;brianna.dinmore@dinsmore.com;agatha.mingos@dinsmore.com;joshua.link@
 dinsmore.com
Ross G. Currie    on behalf of Creditor    CXA-16 Corporation ross.currie@dinsmore.com,
 brianna.dinmore@dinsmore.com
Ross G. Currie    on behalf of Creditor    LNV CORPORATION ross.currie@dinsmore.com,
 brianna.dinmore@dinsmore.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
Vincent Rubino    on behalf of Creditor    Monroe County Tax Claim Bureau
 lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
 anwilliams.com;swiggins@newmanwilliams.com
                                                                                   TOTAL: 48
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Salvatore J. Catalano, 2nd,<br>**Debtor 1**<br>Susan E. Catalano,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:14−bk−04282−RNO |

Social Security No.:
    xxx−xx−0794    xxx−xx−7911

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 15, 2020      By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (05/18)